**FILED**

After Hours Drop Box    NOV 28 2005
From Friday 11/25
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By: _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON ) <br> -Plaintiff ) <br> vs. ) <br> ) <br> INTERIOR REGIONAL HOUSING ) <br> AUTHORITY, ) <br> - Defendant ) | Case No. F00-0038 (JKS) <br><br> **MOTION TO AMEND COMPLAINT** |

COMES NOW, the Native Village of Fort Yukon (NVFY), by and through its undersigned attorney, to move the Court for leave to file the enclosed amended complaint in the above matter for the reasons set out in the accompanying memorandum.

Dated: November 25, 2005

Michael J. Walleri

_____
Attorney for Plaintiff
Native Village of Fort Yukon
AK Bar #7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on November 25, 2005 via U.S. Mail to:
Mr. Daniel Winfree
Winfree Law Offices
301 Cushman St. Suite 200
Fairbanks, Alaska 99701
Christine L Woodward

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

