UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
"NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 12/04/00
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                   25 USCA 4161 ACCOUNTING OF TRIBAL FUNDS
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 12/04/00 receipt # 40099418
         Trial by: Court
```

Parties of Record:                        Counsel of Record:

---

PLF 1.1        FORT YUKON, NATIVE VILLAGE OF          Michael J. Walleri
                                                      330 Wendell Street, Suite E
                                                      Fairbanks, AK 99701
                                                      907-452-4716
                                                      FAX 907-452-4725


DEF 1.1        INTERIOR REGIONAL HOUSING              William B. Schendel
               AUTHORITY                              Winfree Law Office
                                                      301 Cushman Street, Suite 200
                                                      Fairbanks, AK 99701
                                                      907-451-6500
                                                      FAX 907-451-6510

                                                      Daniel E. Winfree
                                                      Winfree Law Office APC
                                                      301 Cushman Street, Suite 200
                                                      Fairbanks, AK 99701
                                                      907-451-6500
                                                      FAX 907-451-6510

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
"NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"

For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
           Filed: 12/04/00
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                    25 USCA 4161 ACCOUNTING OF TRIBAL FUNDS
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 12/04/00 receipt # 40099418
         Trial by: Court


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/04/00 | Complaint filed; Summons issued. |
| 2 - 1 | 12/07/00 | PLF 1 Return of Service of Summons and Complaint Executed on IRHA 12/05/00. |
| 3 - 1 | 01/12/01 | DEF 1 Attorney Appearance of T. Knutson (SISSON). |
| 4 - 1 | 01/12/01 | DEF 1 Answer to Complaint. |
| 5 - 1 | 01/16/01 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 6 - 1 | 02/06/01 | PLF 1; DEF 1 Response to Order: 16(b) report of meeting. |
| 7 - 1 | 02/13/01 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 10/01/01; Dispositive motions deadline 11/01/01; Estimate of trial 5 days; TBC. cc: cnsl |
| 8 - 1 | 04/24/01 | DEF 1 motion for summary judgment w/att memo and affs. |
| 9 - 1 | 05/14/01 | PLF 1 opposition to DEF 1 motion for summary judgment (8-1) w exhibits 1-12 attached. |
| 10 - 1 | 05/24/01 | DEF 1 reply to opposition to DEF 1 motion for summary judgment (8-1). |
| 11 - 1 | 07/20/01 | PLF 1 motion for tremporary restraining order w memorandum, exhibits A&B and aff of Michael Walleri in support. |
| 11 - 2 | 07/20/01 | PLF 1 motion for emergency consideration of mot for TRO. |
| 12 - 1 | 07/20/01 | JKS Minute Order granting motion for emergency consideration of mot for TRO (11-2).  Def shall file a response to the mot for TRO by 2:00 p.m. 7/24/01.   A hearing re the motion for TRO is set 7/25/01 at 2:00 p.m. cc: cnsl |
| 14 - 1 | 07/23/01 | DEF 1 Notice of participation telephonically in o/a for mot for TRO. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
                     "NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"
                _____
                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 07/24/01 | DEF 1 opposition to PLF 1 motion for tremporary restraining order (11-1). |
| 15 - 1 | 07/26/01 | JKS Minute Order that plfs shall file joint stat rpt by 8/27/01 explaining what needs to be done to resolve case. cc: cnsl |
| 16 - 1 | 08/02/01 | JKS Court Minutes [ECR: Debby Willoughby-Lyons] re: hrg on plf's mot for TRO held 7/25/01; denying mot for sj (8-1); granting/denying mot emergency mot for TRO (11-1); crt to enter MO; def shall not remove building materials until further ord of crt. cc: cnsl |
| 17 - 1 | 08/03/01 | PLF 1; DEF 1 Stipulation to stay all proceedings until court issues a new scheduling and planning order. |
| 18 - 1 | 08/13/01 | JKS Order granting stip to stay all proceedings until court issues a new S&P ord (17-1). cc: cnsl |
| 19 - 1 | 08/27/01 | DEF 1 Report re: status. |
| 20 - 1 | 09/04/01 | PLF 1 Response to Order of 07/26: Status Report. |
| 21 - 1 | 09/07/01 | (Discharged per dkt 24) JKS Order that plf shall show cause in writing on or before 9/17/01 why this action should not be DISMISSED W/PREJUDICE for failure to prosecute & why plf shall not be fined $500 for failure to comply w/crt order re: filing a jnt status report. cc: cnsl |
| 22 - 1 | 09/18/01 | PLF 1 Response to Order to show cause. |
| 23 - 1 | 09/18/01 | PLF 1 Request for Oral Argument re: Issues raised in the status reports and order to show cause issued by the court. |
| 24 - 1 | 09/26/01 | JKS Minute Order re: the order to show cause at docket is Discharged. The request for a status hearing at dkt 23 is Denied. Parties to file updated status report by 10/9/01. Court shall issue new S&P to replace dkt 7 when updated report is filed. cc: cnsl |
| 25 - 1 | 10/09/01 | PLF 1 Response to Order re: status report. |
| 26 - 1 | 10/19/01 | JKS Amended Scheduling and Planning Order setting pretrial deadlines: Discovery to close 12/31/01; Dispositive motions deadline 02/15/02. cc: cnsl |
| 27 - 1 | 12/03/01 | PLF 1; DEF 1 Stipulation to extend discovery and motion deadlines: Close of discovery 01/31/02, Final Witness list 02/18/02, Discovery motions 03/15/02, Dispositive motions and motions in limine 03/1/02. |
| 27 - 2 | 12/10/01 | JWS Order granting stipulation to extend discovery and motion deadlines: (27-1) & setting the following dates: Discovery to close 01/31/02; Dispositive motions deadline 03/15/02; Final witness list due 2/18/02. cc: cnsl |
| 28 - 1 | 01/23/02 | PLF 1 motion to compel discovery and order costs re: Mr Teenor w memorandum and exhibits 1-4 in support. |
| 28A- 1 | 01/24/02 | PLF 1 motion to compel discovery - defendant's supplemental initial disclosures. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
"NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28B- 1 | 01/24/02 | PLF 1 motion to compel discovery - plaintiff's first requests for production  w memo in support and exhibits 1-3. |
| 28C- 1 | 01/24/02 | PLF 1 motion to compel discovery - plaintiff's first interrogatories w memo in support and exhibits 1-3. |
| 29 - 1 | 01/25/02 | DEF 1 motion to quash notices of taking depositions w/att exhs. |
| 30 - 1 | 01/28/02 | JKS Minute Order denying motion to quash notices of taking depositions w/att exhs (29-1).  cc: cnsl |
| 31 - 1 | 01/28/02 | PLF 1 opposition to DEF 1 motion to quash notices of taking depositions (29-1) or in the alternative for leave to take depositions and extend discovery. |
| 32 - 1 | 02/11/02 | PLF 1 motion to extend deadline for filing reply on various discovery motions to 03/04/02 w memo in support. |
| 33 - 1 | 02/11/02 | PLF 1 motion for extension of dispositive and motion in limine deadline for 60 days, until 05/13/02 w memo in support and attachments. |
| 34 - 1 | 02/11/02 | PLF 1 Final Witness List. |
| 35 - 1 | 02/11/02 | DEF 1 opposition to PLF 1 motion to compel discovery - plaintiff's first requests for production (28B-1) w/att exhs. |
| 36 - 1 | 02/11/02 | DEF 1 opposition to PLF 1 motion to compel discovery - plaintiff's first interrogatories (28C-1) w/att exhs. |
| 37 - 1 | 02/11/02 | DEF 1 opposition to PLF 1 motion to compel discovery and order costs re: Mr Teenor (28-1) w/att exhs. |
| 38 - 1 | 02/11/02 | DEF 1 opposition to PLF 1 motion to compel discovery - defendant's supplemental initial disclosures (28A-1) w/att exhs. |
| 39 - 1 | 02/19/02 | DEF 1 Final Witness List. |
| 40 - 1 | 02/26/02 | DEF 1 non-opposition to PLF 1 motion for extension of dispositive and motion in limine deadline for 60 days, until 05/13/02 w memo in support and attachments (33-1). |
| 41 - 1 | 02/26/02 | DEF 1 non-opposition to PLF 1 motion to extend deadline for filing reply on various discovery motions to 03/04/02 (32-1). |
| 42 - 1 | 03/04/02 | PLF 1 reply to opposition to PLF 1 motion to compel discovery - defendant's supplemental initial disclosures. (28A-1) |
| 43 - 1 | 03/04/02 | PLF 1 reply to opposition to PLF 1 motion to compel discovery and order costs re: Mr Teenor w memorandum and exhibits 1-4 in support (28-1). |
| 44 - 1 | 03/04/02 | PLF 1 reply to opposition to PLF 1 motion to compel discovery - plaintiff's first interrogatories w memo in support and exhibits 1-3 (28C-1). |
| 45 - 1 | 03/04/02 | PLF 1 reply to opposition to PLF 1 motion to compel discovery - plaintiff's first requests for production  w memo in support and exhibits 1-3 (28B-1). |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
                        "NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 46 - 1 | 03/11/02 | JKS Order granting motion for extension of dispositive and motion in limine deadline for 60 days (33-1).  Dispositive mots & mots in limine due by 5/13/02.  cc: cnsl |
| 47 - 1 | 03/11/02 | JKS Order granting motion to extend deadline until 3/4/02 for filing reply on various discovery motions (32-1).  cc: cnsl |
| 48 - 1 | 03/26/02 | JKS Minute Order denying in part motion to compel discovery and order costs re: Mr Teenor (28-1); granting in part motion to compel discovery - defendant's supplemental initial disclosures (28A-1), IRHA shall provide NVFY a privilege log by 4/26/02, motion to compel discovery - plaintiff's first requests for production (28B-1), motion to compel discovery - plaintiff's first interrogatories (28C-1).  cc: cnsl |
| 49 - 1 | 04/26/02 | DEF 1 Notice of compliance with court 3/26/02 order. |
| 50 - 1 | 04/26/02 | PLF 1 motion to extend deadline for dispositive & in limine motions w/att memo & exh. |
| 51 - 1 | 05/08/02 | PLF 1 second motion to compel discovery and request for sanctions w memorandum in support. |
| 52 - 1 | 05/08/02 | PLF 1 third motion to compel discovery w memorandum in support and attached exhibits. |
| 53 - 1 | 05/13/02 | DEF 1 non-opposition to PLF 1 motion to extend deadline for dispositive & in limine motions (50-1). |
| 54 - 1 | 05/20/02 | PLF 1 reply to objection to R&R re: PLF 1 motion to extend deadline for dispositive & in limine motions (50-1). |
| 55 - 1 | 05/22/02 | JKS Order granting motion to extend deadline for dispositive & in limine motions w/att memo & ex (50-1) & setting the following dates: Dispositive motions & in limine deadline 06/14/02. cc: cnsl |
| 56 - 1 | 05/24/02 | DEF 1 opposition to PLF 1 second motion to compel discovery and request for sanctions (51-1). |
| 57 - 1 | 05/24/02 | DEF 1 opposition to PLF 1 third motion to compel discovery w/att exhs (52-1). |
| 58 - 1 | 06/03/02 | PLF 1 reply to opposition to PLF 1 second motion to compel discovery and request for sanctions w memorandum in support (51-1). |
| 59 - 1 | 06/03/02 | PLF 1 reply to opposition to PLF 1 third motion to compel discovery w memorandum in support and attached exhibits (52-1). |
| 60 - 1 | 06/14/02 | PLF 1 motion to extend deadlines for dispositive and in limine motions and request for status hearing w memo in support. |
| 61 - 1 | 06/14/02 | DEF 1 motion for summary judgment w/att exhs. |
| 62 - 1 | 06/21/02 | JKS Minute Order granting/denying mot to compel disc and req for sanctions (51-1), mot to compel disc (52-1); def to produce docs as ordered by 07/19/02.  cc: cnsl |
| 63 - 1 | 06/24/02 | JKS Minute Order granting motion to extend deadlines to 09/23/02 for dispositive and in limine motions (60-1). cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
"NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 64 - 1 | 07/01/02 | PLF 1 motion to extend deadline for opposition to IRHA's motion for summary judgment to 09/23/02 w memo in support. |
| 65 - 1 | 07/15/02 | JKS Order granting mot to extend ddln for oppo to IRHA's mot for sj (64-1) to 09/23/02 or upon filing of its cross mot for sj. |
| 66 - 1 | 09/23/02 | PLF 1 opposition to DEF 1 motion for summary judgment w/att exhs. (61-1) |
| 66 - 2 | 09/23/02 | PLF 1 motion (Cross) for Summary Judgment w/att memo and exhs. |
| 67 - 1 | 10/03/02 | DEF 1 Unopposed motion to extend briefing deadlines on the pending motions for summary judgment. |
| 67 - 2 | 10/04/02 | JKS Order granting unopposed mot to extend briefing ddlns on the pending mots for sj (67-1); def's reply due 10/17/02; def's oppo due 10/25/02 |
| 68 - 1 | 10/17/02 | DEF 1 motion to extend briefing deadlines on pending motions for summary judgment. |
| 68 - 2 | 10/21/02 | JKS Order granting mot to extend briefing ddlns on pending mot for sj (68-1); oppo to plf's mot for sj and reply to def's mot for sj due 11/20/02; plf's reply to mot for sj due 12/06/02. cc: cnsl |
| 69 - 1 | 10/21/02 | PLF 1 non-opposition to DEF 1 Unopposed motion to extend briefing deadlines on the pending motions for summary judgment (67-1). |
| 70 - 1 | 11/20/02 | DEF 1 reply to oppo to DEF 1 mot for sj (61-1). |
| 70 - 2 | 11/20/02 | DEF 1 oppo to PLF 1 mot (Cross) for SJ (66-2). |
| 71 - 1 | 12/05/02 | PLF 1 Unopposed motion to extend deadline on reply to cross-motion for summary judgment until December 16 w/memorandum attached. |
| 71 - 2 | 12/06/02 | JKS Order extending deadline to reply to cross motion for summary judgment. |
| 72 - 1 | 12/16/02 | PLF 1 reply to opposition to PLF 1 motion (Cross) for Summary Judgment (66-2), |
| 73 - 1 | 12/16/02 | PLF 1 Request for Oral Argument re: PLF 1 motion (Cross) for Summary Judgment (66-2). |
| 74 - 1 | 03/20/03 | JKS Order IRHA's motion for summary judgment denied on stated basis & granted as to cts 1 & 2 as moot (61-1), NVFY's motion (Cross) for Summary Judgment on cts 1 & 2 denied as moot (66-2); further proceedings on cts 3-5 stayed pending agency review. cc: cnsl |
| 75 - 1 | 05/08/03 | DEF 1 Attorney Substitution of Daniel Winfree and William Schendel of Winfree Law Office. |
| 75 - 2 | 05/13/03 | JKS Order granting substitution of attorney. |
| 76 - 1 | 02/09/04 | PLF 1 motion (Request) for Status Hearing. |
| 77 - 1 | 02/26/04 | JKS Order granting mot (Request) for Stat Hrg (76-1); stat hrg set for 03/23/04 at 2:00 p.m. cc: cnsl |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
                   "NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"
```
---
```
                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 78 - 1 | 02/26/04 | DEF 1 joinder to PLF 1 motion (Request) for Status Hearing (76-1). |
| 79 - 1 | 03/25/04 | JKS Court Minutes [ECR: Linda Christensen] Status conference held 3/23/04.  Court lifted the stay at dkt 74. Judge von der Heydt will be contacted re: availability for for settlement conference.  Counsel to be notified of date, time and place by the court.  Mr. Walleri to file a joint status report on the earliest fo either 30 days formt he completion of the settlement conf or 90 days from today's date, approx 6/23/04.  Status report to include proposed trial date if case has not settled.   cc: cnsl |
| 80 - 1 | 03/25/04 | JKS Order (Request for Settlement Conf)  Each party shall lodge under seal one copy of a settlement conf memo by 4/7/04.  A settlement conf will be held in Fairbanks if the court if there is a reason to believe that a settlement can be negotiated.  No later than seven days prior to the settlement conf date counsel conference with each other and their clients re settlement.  Parties are expected to report to the settlement judge at the time of the conf if no settlement is achieved and as further stated  w/att appendix.  cc: cnsl |
| NOTE - 1 | 04/07/04 | Notation: Def sealed settlement brief lodged in Fairbanks, forwarded to Judge von der Heydt via transmittal. |
| 81 - 1 | 04/26/04 | JAV Order scheduling settle conf; settle conf set for 06/15/04 at 11:00 a.m. in Fairbanks, AK; cnsl should appear with full authority to settle all issues. cc: cnsl, Judge Singleton |
| 82 - 1 | 04/27/04 | JAV Amended Order scheduling settl conf; settl conf set for 06/15/04 is vacated and reset for 06/10/04 at 11:00 a.m. cc: cnsl, Judge Singleton |
| 83 - 1 | 06/14/04 | JKS Minute Order that the order at dkt 79 requiring a stat rpt to the crt by 06/23/04, is vacated; the stat rpt is now due by 07/14/04. cc: cnsl |
| 84 - 1 | 06/14/04 | JAV Minute Order that case settled with the exception of one issue; stat rpt due 07/14/04. cc: cnsl |
| 85 - 1 | 07/14/04 | PLF 1 Report re: status. |
| 86 - 1 | 07/14/04 | PLF 1 Suppl re: PLF 1 motion (Cross) for SJ w/att (66-2). |
| 87 - 1 | 07/22/04 | DEF 1 Report re: status. |
| 87 - 2 | 07/22/04 | DEF 1 motion (request) for addt'l briefing. |
| 88 - 1 | 07/28/04 | PLF 1 Second Supplement re: PLF 1 motion (Cross) for Summary Judgment (66-2). |
| 89 - 1 | 09/08/04 | DEF 1 Interior Regional Housing Authority's Status Report. |
| 90 - 1 | 09/13/04 | PLF 1 motion to Quash w/Memorandum, Notice of taking records deposition, subpoenas attached. |
| 91 - 1 | 09/13/04 | PLF 1 motion for expedited consideration of motion to quash w/memorandum attached. |

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
                            "NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 92 - 1 | 09/13/04 | PLF 1 motion (Request) for Status Hearing. |
| 93 - 1 | 09/13/04 | DEF 1 joinder to PLF 1 motion to Quash w/Memorandum, Notice of taking records deposition, subpoenas attached (90-1), PLF 1 motion for expedited consideration of motion to quash w/memorandum attached (91-1). |
| 94 - 1 | 09/14/04 | DEF 1 opposition to PLF 1 motion to Quash w/Memorandum, Notice of taking records deposition, subpoenas attached (90-1). |
| 95 - 1 | 09/15/04 | JKS Minute Order denying w/out prejudice motion for summary judgment (61-1), motion (Cross) for Summary Judgment (66-2), motion (request) for addt'l briefing (87-2), motion (Request) for Status Hearing (92-1); denying motion to Quash Notice of taking records deposition subpoenas (90-1); granting motion for expedited consideration of motion to quash (91-1); pltf may refile mot for SJ as directed due 10/1/04. cc: cnsl |
| 96 - 1 | 09/24/04 | PLF 1 Unopposed motion to amend minute order to extend motion deadline (to 10-8-04) (with memorandum attached). |
| 97 - 1 | 10/04/04 | JWS Order granting unopposed motion to amend minute order to extend motion deadline (96-1); pltf to refile its mot for SJ by 10/8/04. cc: cnsl |
| 98 - 1 | 10/08/04 | PLF 1 motion for Summary Judgment (renewed). |
| 99 - 1 | 10/25/04 | DEF 1 opposition to PLF 1 motion for Summary Judgment (98-1). |
| 99 - 2 | 10/25/04 | DEF 1 motion (cross) for summary judgment w/att aff & exhs. |
| 100 - 1 | 11/08/04 | PLF 1 Unopposed motion for extension of time (to 11-23-04 to reply to defendant's cross motion for summary judgment and oppose defendant's cross motion for summary judgment). |
| 100 - 2 | 11/09/04 | Order granting motion Unopposed motion for extension of time (to 11-23-04 to reply to defendant's opposition to motion for summary judgment and oppose defendant's cross motion for summary judgment (100-1).  cc: cnsl & Judge Singleton. |
| 101 - 1 | 11/23/04 | PLF 1 reply to opposition to PLF 1 motion for Summary Judgment (renewed) (98-1). |
| 101 - 2 | 11/23/04 | PLF 1 opposition to DEF 1 motion (cross) for summary judgment (99-2). |
| 102 - 1 | 12/15/04 | DEF 1 opposition to PLF 1 motion for Summary Judgment (renewed) (98-1). |
| 102 - 2 | 12/15/04 | DEF 1 reply to opposition to DEF 1 motion (cross) for summary judgment (99-2). |
| 103 - 1 | 02/09/05 | JWS Order denying motion for summary judgment (renewed) (98-1); granting motion (cross) for summary judgment (99-2); crt stays judgment as to cts II & V pending conclusion of the agency investigation; def to file a status rpt due 2/25/05 on the outlined administrative info. cc: cnsl |
| 104 - 1 | 02/25/05 | DEF 1 Response to Order (Status Report re: Administrative Action w/attachments). |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F00-0038--CV (JKS)
"NATIVE VILLAGE OF FT YUKON V INTERIOR REGION"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 105 - 1 | 02/28/05 | JKS Minute Order that further stat rpt due by 3/28/05. cc: cnsl |
| 106 - 1 | 03/29/05 | DEF 1 Response to Order at Dkt 105 (Status Report) re Administrative Action. w/attachment. |
| 107 - 1 | 04/21/05 | JKS Minute Order that further stat rpt due by 6/1/05. cc: cnsl |
| 108 - 1 | 06/01/05 | DEF 1 Response to Order (107-1): Status report re: Administrative Action. |
| 109 - 1 | 06/01/05 | PLF 1 Response to Order (107-1): Status Report. |
| 110 - 1 | 06/02/05 | JKS Minute Order that further stat rpt due by 8/1/05. cc: cnsl |
| 111 - 1 | 06/15/05 | DEF 1 Objections (Response) to Plaintiffs June 1, 2005 Status Report. |
| 112 - 1 | 07/28/05 | DEF 1 Response to Order (Status Report). |
| 113 - 1 | 07/29/05 | PLF 1 Response to Order (Status Report) (w/attachments). |
| 114 - 1 | 08/02/05 | JKS Minute Order that further stat rpt due by 9/29/05. cc: cnsl |
| 115 - 1 | 09/28/05 | DEF 1 Response to Order (Status Report). |
| 116 - 1 | 09/28/05 | DEF 1 motion for reconsideration of Ct's Order of 3-20-03 denying summary judgment. |
| 117 - 1 | 09/29/05 | PLF 1 Response to Order (Status Report). |
| 118 - 1 | 10/05/05 | JKS Order plf may file an oppo to the motion for reconsideration (renewed mot to dismiss) at dkt 116 by 10/28/05. Def may file a reply by 11/8/05. cc: cnsl |
| 119 - 1 | 10/26/05 | PLF 1; DEF 1 Stipulation for ext of time (until 11-14-05) to file opp to mot to dismiss. |
| 119 - 2 | 10/27/05 | JKS Order granting stipulation for ext of time (until 11-14-05) to file opp to mot to dismiss (119-1). cc: cnsl; Judge Singleton |
| 120 - 1 | 11/10/05 | PLF 1 Stipulation for second extension of time to file opposition to motion to dismiss. |
| 120 - 2 | 11/14/05 | JKS Order granting stipulation for second extension of time until 11/28/05 to file opposition to motion to dismiss (120-1), reply due 12/16/05. cc: cnsl |
| 121 - 1 | 11/28/05 | PLF 1 motion to amend complaint with memorandum in support. |
| 122 - 1 | 11/28/05 | PLF 1 opposition to DEF 1 motion for reconsideration of Ct's Order of 3-20-03 denying summary judgment. (116-1) |