Daniel E. Winfree
Winfree Law Office, APC
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Facsimile: (907) 451-6510
e-mail: dan.winfree@winfreelaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| INTERIOR REGIONAL HOUSING ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant. ) | Case No. F00-0038 CV(JWS) |

**IRHA'S STATUS REPORT**

As the court is well aware, the court and the parties have been waiting for HUD to make its final determination on the remaining complaint by Native Village of Ft. Yukon ("NVFY"), namely, that Interior Regional Housing Authority ("IRHA") served ineligible persons in Ft. Yukon while IRHA was acting as NVFY's Tribal Designated Housing Entity ("TDHE"). HUD now has made its final determination, IRHA now has complied with HUD's directives, and HUD now has closed its investigation/audit of IRHA with respect to NVFY.

IRHA was unable to document the eligibility of six of the people who received housing assistance in Ft. Yukon, and HUD determined that IRHA therefore should reimburse its NAHASDA



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

program funds in the amount of $110,446.61. *See* Exhibit 1, pages WLO 1295-1297. HUD also instructed IRHA that the building materials left over from its NAHASDA work in Ft. Yukon, materials that presently are in storage in Ft. Yukon and are the subject of an injunction issued by this court preventing the disposition of the materials pending the resolution of this lawsuit, must be disposed of according to IRHA's internal policies (consistent with NAHASDA). *See* Exhibit 2, page WLO 1298.

IRHA reimbursed its NAHASDA program funds in the amount of $110,446.61 by delivering a check to HUD and amending its Indian Housing Plan ("IHP") to reflect the addition of this amount to its NAHASDA program. *See* Exhibit 3, pages WLO 1299-1300 and 1358-1359, and pages WLO 1301-1302, 1317 and 1345.[1] HUD approved the IHP amendment and the transfer of non-program funds to IRHA's NAHASDA account, and issued a closing notice. *See* Exhibit 5, WLO 1360-1361.

---

[1]  Contrary to NVFY's allegations in its Memorandum In Support of Motion To Amend Complaint, the money has not yet been designated for any NAHASDA project by IRHA, let alone a project in Eagle, Alaska; IRHA's Board of Commissioners has directed IRHA's staff to recommend a NAHASDA project for which the money could be used. *See* Exhibit 4, pages WLO 1362-1365. NVFY has misinterpreted IHRA's IHP amendment to connect two specific but separate matters dealt with in the IHP amendment, first, the transfer of IRHA's non-program funds into the NAHASDA program accounts, and second, a separate addition of a project in Eagle.



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

NVFY v. IRHA
IRHA's Status Report

Case No. F00-0038 (JWS)
Page 2

Accordingly, HUD now has dealt with all of NVFY's complaints about IRHA's service as its TDHE in 1998-2000. IRHA has done everything HUD has directed it to do, except for the disposition of the materials that are held in storage in Ft. Yukon and that are subject to this court's injunction that prohibits the disposition of the materials.

Based on the foregoing, the court may rule on the remaining two counts of NVFY's complaint subject to the pending summary judgment motion on primary jurisdiction. In addition, the court has agreed to reconsider its earlier ruling that NVFY had an implied right of action against IRHA under NAHASDA, and the briefing will be complete on that motion by December 16, 2005. Finally, NVFY has filed a motion to amend its complaint to add HUD as a party defendant, apparently for the purpose of obtaining judicial review of HUD's determinations in this matter; the briefing on NVFY's motion should be complete by December 16, 2005, as well.

WINFREE LAW OFFICE
A Professional Corporation
Attorneys for Interior Regional Housing Authority

Dated: 12-7-05

Daniel E. Winfree
Alaska Bar No. 8206076

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

NVFY v. IRHA                                    Case No. F00-0038 (JWS)
IRHA's Status Report                                              Page 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of December, 2005, a true and complete copy of the foregoing was served by U.S. Mail on:

Michael Walleri
330 Wendell Street, Suite E,
Fairbanks, Alaska 99701

Courtesy Copy was served by U.S. Mail on:

Gary Nemec
Office of General Counsel
U.S. Department of Housing
  and Urban Development
3000 C Street, Suite 401
Anchorage, Alaska 99503

_Shelly Carmel_
Winfree Law Office

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
3000 "C" Street, Suite 401
Anchorage, Alaska 99503
http://www.hud.gov/local/anc/anconap.html

OCT 0 6 2005

Mr. Steve Ginnis
Executive Director
Interior Regional Housing Authority
828 27th Avenue
Fairbanks, Alaska 99701

Dear Mr. Ginnis:

Subject: Request for HUD Approval to Serve Non Low-Income Indian Families

    On July 8, 2005 the Alaska Office of Native American Programs (AONAP) forwarded the Interior Regional Housing Authority (IRHA) request to provide assistance to six (6) non low-income Indian families in the Native Village of Fort Yukon to the Denver Program Office. Pursuant to the enclosed memo dated September 21, 2005, the General Deputy Assistant for Public and Indian Housing has denied IRHA's request citing the failure to provide financial documentation for the assisted families and failure to submit complete Housing Needs Surveys to support the request as required by Notice PIH 99-6.

    Due the lack of financial documentation, the Office of Public and Indian Housing was unable to determine if each family had sufficient income and/or assets to obtain adequate housing without IHBG assistance. Further, because the Housing Needs Surveys were not complete, a determination of the need for housing and/or the reasons why the housing need cannot be reasonably met without IHBG assistance could not be made. In accordance with 24 CFR §1000.118, this decision constitutes final agency action.

    Since IRHA's request for approval to provide assistance to the six (6) non low-income families was not approved it will be necessary for IRHA to submit documentation that demonstrates that $110,446.61 has been reimbursed to IRHA's NAHASDA program from non-HUD funds in accordance with 24 CFR §1000.530 and our final remote monitoring report dated May 20, 2005.

EXHIBIT 1

WLO1295

Should you have any further questions regarding this subject, please contact Bill Zachares, Director, Grants Evaluation Division at (907) 677-9870.

Sincerely,

Wayne Mundy, Administrator
Alaska Office of Native American Programs

Enclosure



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-5000

SEP 21 2005

OFFICE OF PUBLIC AND INDIAN HOUSING

MEMORANDUM FOR:  Wayne Mundy, Administrator, Alaska Office of Native American Programs, OCPI

FROM:  Paula O. Blunt, General Deputy Assistant Secretary for Public and Indian Housing, P

SUBJECT:  Request for HUD Approval to Serve Non Low-Income Indian Families

This is in response to your memorandum of July 8, 2005, requesting approval for the Interior Regional Housing Authority (IRHA) to provide assistance to six (6) non low-income Indian families. Regulations at 24 CFR 1000.104(b) state that a non low-income Indian family may receive housing assistance in accordance with §1000.110. Section 1000.110(c) states that a recipient must determine and document that there is a need for housing for each non low-income family, which cannot reasonably be met without such assistance. Also, §1000.110(d) states that HUD approval is required if a recipient plans to provide housing for families with income over 100 percent of median income.

Notice PIH 99-6, *Providing Assistance to Non Low-Income Indian Families under the Native American Housing Assistance and Self-Determination Act of 1996*, describes the method for determining and documenting when housing need cannot reasonably be met without the NAHASDA assistance.

The IRHA provided assistance to the six non low-income Indian families without prior HUD approval. The subsequent information provided by IRHA is not sufficient to address the requirements of Notice PIH 99-6. The IRHA did not provide financial documentation for the assisted families. This Office could not determine if the family has sufficient income and/or assets to obtain adequate housing without IHBG assistance. Also, because the IRHA's Housing Needs Surveys were not always completed, this Office cannot make a determination of the need for housing or the reasons why the housing need cannot reasonably be met without IHBG assistance. Therefore, the request to provide assistance to six non low-income Indian families is denied. In accordance with 24 CFR 1000.118, this decision constitutes final agency action.

Should you have any further questions regarding this subject, please contact Ms. Deborah Lalancette, Director, Office of Grants Management, at (303) 675-1600.

WLO1297



U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
3000 "C" Street, Suite 401
Anchorage, Alaska 99503
http://www.hud.gov/local/anc/anconap.html

OCT 25 2005

Mr. Steve Ginnis, Executive Director
Interior Regional Housing Authority
828 27th Avenue
Fairbanks, Alaska 99701

Dear Mr. Ginnis:

Subject: Disposition of NAHASDA Materials and Equipment

    Pursuant to your October 24, 2005 telephone request, the following information is provided regarding the disposition of "excess" materials and equipment purchased with NAHASDA Indian Housing Block Grant (IHBG) funds and currently located in Fort Yukon, Alaska.

    To properly dispose of the identified "excess" materials and equipment, Interior Regional Housing Authority (IRHA) should follow their property disposition policies and procedures in conjunction with federal regulations at 24 CFR §1000.134 (if applicable) and 24 CFR Parts §§ 85.32 and 85.33. All actions taken regarding the disposition process should be appropriately documented for the record to verify compliance with the disposition requirements.

    If you have any questions or require additional information regarding this matter, please contact Dianna Alcantra, Grants Evaluation Specialist toll free at (877) 302-9800 extension 867, or at her direct line at (907) 677-9867 or by email to dianna_alcantra@hud.gov.

Sincerely yours,

William Zachares, Director
Grants Evaluation Division

EXHIBIT
2

WLO1298

**From:** bill_zachares@hud.gov [mailto:bill_zachares@hud.gov]
**Sent:** Friday, October 28, 2005 3:01 PM
**To:** Steve Ginnis
**Cc:** Wayne_Mundy@hud.gov; donna_hartley@hud.gov; kim_jakeway@hud.gov
**Subject:** Reimbursement of Disallowed Costs

Steve,

As discussed today, the AONAP will be providing you with a letter outlining the procedures IRHA needs to follow to reimburse their NAHASDA program with non-program funds for the $110,446.61 in disallowed costs. We will fax you a signed copy of the letter so that you can initiate the repayment process and will send the original in the mail. Once we have received verification of the reimbursement we will issue a letter closing the open finding.

Thank you,

William Zachares, Director
Grants Evaluation Division
(907) 677-9870

EXHIBIT 3

WLO1299



U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
3000 C Street, Suite 401
Anchorage, AK 99503
http://www.codetalk.fed.us/AKONAP.html

NOV 0 2 2005

Steve Ginnis, Executive Director
Interior Regional Housing Authority
828 27th Avenue
Fairbanks, AK 99701

Dear Mr. Ginnis:

SUBJECT: Indian Housing Block Grant No. 05IH0203980
Agreement to Return Funds to the IHBG Program

    The IRHA Board of Commissioners have decided and directed IRHA to reimburse the NAHASDA program with non-HUD funds to resolve the monitoring findings regarding the use of 1998 and 1999 IHBG funds to serve non low-income applicants in the Native Village of Fort Yukon.

    IRHA agrees to make a lump-sum payment by check, no later than 11/30/05, to HUD in the amount of $110,446.61. Mail check to: HUD, ATTN: Wayne Mundy, 3000 C. Street, Suite 401, Anchorage, AK 99503. These funds will be deposited into IRHA's account for IHBG No. 05IH0203980, to be used for activities of affordable housing.

    It will take approximately two weeks for funds to appear in LOCCS. During this time, if IRHA is planning to use their funds on an affordable housing activity <u>not approved</u> in the 2005 IHP, please submit an amendment for review. Alternatively, if you will be using these funds on affordable housing activities <u>already approved</u> in your 2005 IHP, please submit a revision showing the increased funds in Sections: 3a. Financial Resources; 3b. Uses of Such Resources; and Table 2, Parts I and II.

    If you have any questions, please contact Kim Jakeway at (907) 677-9884 or by e-mail at Kim_Jakeway@hud.gov. For more information regarding HUD's Native American Programs, see our Internet homepage at "www.codetalk.fed.us."

Sincerely,

Wayne Mundy
Administrator

WLO1300

# INTERIOR REGIONAL HOUSING AUTHORITY



November 15, 2005

William Zachares
Director, Grants Evaluation
Alaska HUD Office of Native American Programs
3000 "C" Street, Ste 401
Anchorage, Alaska 99503

Dear Bill,

Per our earlier discussion, enclosed is IRHA's check for $110,446.61 to resolve our outstanding issues in the Native Village of Fort Yukon matter.

Thank you for your assistance throughout this matter.

Sincerely,
INTERIOR REGIONAL HOUSING AUTHORITY

Steven E. Ginnis,
Executive Director

828 27th Avenue • Fairbanks, Alaska 99701-6918 • Tel (907) 452-8315 • 1-800-478-IRHA • Fax (907) 456-8941

WLO1358

ERIOR REGIONAL HOUSING AUTHORITY - ACCOUNTS PAYABLE

1017548

5IH0203980  U.S. Department of Housing and Urban Development
110,446.61

A14-100-00-000-4210.00

---

**INTERIOR REGIONAL HOUSING AUTHORITY**
ACCOUNTS PAYABLE
828 27TH AVENUE
FAIRBANKS, AK 99701
(907) 452-8315

FIRST NATIONAL BANK OF ANCHORAGE
ANCHORAGE, AK 99503
89-6/1252

**1017548**
CHECK NO.

***** One Hundred Ten Thousand Four Hundred Forty Six Dollars and Sixty One Cents *****

| DATE | AMOUNT |
|---|---|
| 11/15/05 | *** $110,446.61 *** |

PAY TO THE ORDER OF
U.S. Department of Housing
and Urban Development
Alaska Office of Native American Programs
3000 C Street, Suite 401
Anchorage, Ak 99503

VOID AFTER 90 DAYS
2 SIGNATURES REQUIRED

AUTHORIZED SIGNATURE(S)

⑈1017548⑈ ⑆125200060⑆ 2510 388 8⑈

1017548

WLO1359

INTERIOR REGIONAL HOUSING AUTHORITY



November 10, 2005

Kim Jakeway, Grants Management Specialist
Alaska Office of Native American Programs
3000 C Street, Suite 401
Anchorage, Alaska 99503

Subject:   FY 2005 Indian Housing Plan revision
           Transfer from unrestricted funds and Eagle Model Activity

Dear Ms. Jakeway,

Enclosed is the Interior Regional Housing Authorities revised FY 2005 Indian Housing Plan for your review. The purpose of this update is to add funds in the amount of $110,446.61 to new construction and the Eagle model activity.

If you have any questions please feel free to contact me at anytime.

Sincerely,

Charlisa Attla
Planning Director

# Indian Housing Plan
# Cover Sheet

Please read the instructions on back before completing this cover sheet

**1. Name and Address of Tribe (if only one tribe)**

**2. Name and Address of Tribal Contact Person (if only one tribe)**

**Telephone Number with Area Code (if only one tribe)**

**3. Name and Address of Tribally Designated Housing Entity (TDHE) (if applicable)**
INTERIOR REGIONAL HOUSING AUTHORITY
828 27TH Ave
Fairbanks, AK 99701

**4. Name and Address of TDHE Contact Person**
Charlisa Attla

**Telephone Number with Area Code**
(907) 452-8315

| 5. Type of Submission | 6. Federal Fiscal Year | 7. Grant Number | 8. Estimated Grant Amount | 9. Actual Grant Amount |
|---|---|---|---|---|
| Original ☐  Amended ☑ | 2005 | 051H02039 80 | 11,875,968 | 15,395,944.61 |

**10.** Enter the name and address of the tribe and the name, address, and telephone number of the tribal contact person for each tribe included in this IHP. This information may be reported like this:

| Name of Tribe | Address of Tribe | Tribal Contact Person | Address | Phone |
|---|---|---|---|---|
| | | | | |

**11. Title of the Authorized Official submitting the IHP**
Executive Director

**Signature & Date:**
X [signature] 11/10/05

**For HUD Use Only** — Date IHP is received by HUD:   Time IHP is received by HUD:

3. FINANCIAL RESOURCES- An operating budget for the recipient, in a form prescribed by the Secretary, including:

    a. an identification and a description of the financial resources reasonably available to the recipient to carry out the purposes of NAHASDA, including an explanation of the manner in which amounts made available will leverage additional resources; and

    **Please enter your Identification and Description here:**

| Tribe | FY 2004 |
|---|---|
| Allakaket | $140,846 |
| Beaver | $114,618 |
| Birch Creek | $47,934 |
| Dot Lake | $25,000 |
| Doyon | $6,282,223 |
| Eagle | $57,179 |
| Evansville/Bettles | $46,547 |
| Grayling | $179,426 |
| Healy Lake | $48,161 |
| Holy Cross | $166,674 |
| Hughes | $67,258 |
| Huslia | $211,239 |
| Kaltag | $189,151 |
| Koyukuk | $106,816 |
| Manley Hot Springs | $54,855 |
| McGrath | $168,162 |
| Minto | $200,389 |
| Nenana | $151,885 |
| Nikolai | $89,937 |
| Northway | $165,150 |
| Ruby | $180,710 |
| Shageluk | $109,696 |
| Takotna | $33,848 |
| Telida | $25,000 |
| Tetlin | $144,434 |
| Title VI loan (Allakaket) | $563,384 |
| Title VI loan (Huslia) | $809,460 |
| Title VI loan (Kaltag) | $756,600 |
| Title VI loan (Northway) | $660,600 |
| Title VI loan (Ruby) | $722,840 |
| Title VI loan (Minto) | $801,555 |
| Title VI loan (Tetlin) | $577,736 |
| Title VI loan (Evansville) | $186,185 |
| Program Income | $700,000 |
| AHFC (est) | $500,000 |
| Transfer from unrestricted | $110,446.61 |
| **Total** | **$15,395,944.61** |


(Double-Click button to return to top)

WLO1317

**TABLE 2**
**FINANCIAL RESOURCES**

Name of Tribe: Doyon Ltd. Regional Corporation
Name of TDHE (if applicable): Interior Regional Housing Authority
Federal Fiscal Year: 2005
Tribal/TDHE Program Year: 2005


(Double-Click button to return to top)

| PART I: SOURCES OF FUNDS FOR NAHASDA ACTIVITIES | |
|---|---|
| Sources of Funds | Planned Amount |
| column a | column b |
| 1. HUD Resources | |
| a. NAHASDA Block Grant | $9,007,139.00 |
| b. NAHASDA Program Income | $700,000.00 |
| c. NAHASDA Title VI | $5,078,359.00 |
| d. Section 184 Loan Guarantee | |
| e. Indian Community Development Block Grant | |
| f. Drug Elimination Grants and Drug Technical Assistance | |
| g. Prior Year Funds | |
| h. Other | |
| 2. Existing Program Resources | |
| a. 1937 Housing Act Programs | |
| b. Other HUD Programs | |
| 3. Other Federal or State Resources | |
| a. BIA Home Improvement Program | |
| b. Other | $500,000.00 |
| 4. Private Resources | |
| a. Tribal Contributions for affordable housing | |
| b. Financial Institution | |
| c. Other | |
| 5. Other | $110,446.61 |
| 6. Total Resources | $15,395,944.61 |

WLO1345

**Interior Regional Housing Authority**
Board of Commissioners

<u>Special Teleconference Meeting</u>
Fairbanks, Alaska
IRHA Conference Room

October 28th, 2005
1:30 pm

MINUTES

| | |
|---|---|
| **CALL TO ORDER** | Chairman, Patrick McCarty called the IRHA Board of Commissioners (BOC) Special Teleconference Meeting to order at 1:35 pm |
| **ROLL CALL** | The following BOC were in attendance via teleconference: |

| | |
|---|---|
| Patrick McCarty | present |
| Daisy Northway | absent-excused |
| Henry Deacon | present |
| Paul Williams | present |
| Woodie Salmon | absent /unexcused |

Also present was attorney Dan Winfree and IRHA staff Steve Ginnis, Executive Director and Angela Ludwick, Executive Assistant.

| | |
|---|---|
| **QUORUM** | Chairman, Pat McCarty established a quorum with three Board of Commissioners present. |
| **ADOPTION OF AGENDA** | Paul Williams moved to adopt the agenda, second by Henry Deacon. **Motion Passed.** |
| **EXECUTIVE SESSION** | Paul Williams moved to go into Executives Session, second by Henry Deacon. **Motion Passed.** |
| | The Board came out of Executive Session at 2:45 pm |
| **MOTIONS (3)**<br>**Re: NVFY vs. IRHA** | Paul Williams moved that the Boards prior action (taken October 19, 2005), authorizing and directing the Executive Director to issue and deliver a check from non-program funds to the U.S. Treasury in the amount of $110,446.61 to resolve all audit/complaint |

*Unapproved meeting minutes.*


EXHIBIT 4

1

WLO1362

issues arising from FY 98-99 NAHASDA programs in the Native Village of Fort Yukon, be rescinded, second by Henry Deacon. **Motion Passed.**

Paul Williams moved that the Board authorizes and directs the Executive Director to take all appropriate action, subject to the direction and instructions of HUD, to transfer $110,446.61 in IRHA's non-program funds to IRHA's current program fund account(s), to resolve all audit/complaint issues arising from FY 98-99 NAHASDA programs in the Native Village of Fort Yukon, second by Henry Deacon. **Motion Passed.**

Paul Williams moved that the Board of Commissioners instruct the Executive Director and his staff to recommend to the Board, at an appropriate time, various options for use of the "new" $110,446.61 in program funds available for IRHA's NAHASDA projects, second by Henry Deacon. Motion Passed.

**ADJOURNMENT**       The Board of Commissioners adjourned the meeting at 2:50 pm.

*Unapproved meeting minutes.*                    2

WLO1363



U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
3000 "C" Street Suite 401
Anchorage, Alaska 99503
http://www.hud.gov/local/anc/anconap.html

NOV 17 2005

Mr. Woodie Salmon, Chairman
Board of Commissioners
Interior Regional Housing Authority (IRHA)
P.O. Box 353
Ft. Yukon, Alaska 99740

Dear Mr. Salmon:

Subject: Response to Open Monitoring Findings

    We are in receipt of documentation; hand delivered by Mr. Steve Ginnis, Executive Director of IRHA, to the Alaska Office of Native American Programs (AONAP) on November 16, 2005, in response to the open monitoring finding identified in IRHA's May 20, 2005 Remote Monitoring Report. Below is the status of your monitoring finding:

**FINDING 1:** Failure To Verify Income Eligibility And Failure To Obtain HUD Approval To Provide Assistance To Non Low Income Families Prior To Providing Assistance

**Recommended Corrective Actions:**

1. Submit the additional documentation requested in AONAP's March 18, 2005, letter, to address the requirements of Notice PIH 99-6 (enclosed) for James Carroll, Warren Carroll, Richard and Twila Storm, Jimmy Wells, Myra Francis and Tony Carroll.

2. Pending the outcome of HUD's review of IRHA's request for approval to provide assistance to these six potentially non low-income families, submit documentation that demonstrates that $110,446.61 has been reimbursed to the program from non-HUD funds in accordance with 24 CFR §1000.530.

In a Memorandum dated September 21, 2005, the General Deputy Assistant Secretary for Public and Indian Housing denied IRHA's request for HUD approval to serve non low-income Indian families using NAHASDA Indian Housing Block Grant funds. On November 16, 2005, IRHA issued a check to HUD for $110,446.61 in non-HUD funds, to reimburse IRHA's NAHASDA Indian Housing Block Grant program for the funds used to provide services to the identified non low-income families in Fort Yukon. IRHA

1



WLO1360

has also submitted an amendment to their FY 2005 Indian Housing Plan incorporating the reimbursed funds to complete eligible affordable housing activities.

Based on the actions taken by IRHA, recommended Corrective Actions No. 1 and 2 are completed.

### Status of Finding 1: CLOSED

In summary, all finding identified in the May 20, 2005 remote monitoring report are closed. IRHA is commended for taking the actions necessary to bring their Indian Housing Block Grant program into compliance with NAHASDA requirements.

If you have any questions or require additional information regarding this matter, please contact Dianna Alcantra, Grants Evaluation Specialist toll free at (877) 302-9800 extension 867, or at her direct line at (907) 677-9867 or by email to dianna_alcantra@hud.gov.

Sincerely yours,

William Zachares, Director
Grants Evaluation Division

cc:   Steve Ginnis, Executive Director

2

WLO1361