IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF FORT YUKON,    )
                                 )        **FILED**
            Plaintiff,           )
                                 )        DEC 1 9 2005
vs.                              )
                                 )        UNITED STATES DISTRICT COURT
INTERIOR REGIONAL HOUSING        )                DISTRICT OF ALASKA
AUTHORITY,                       )        By _____ Deputy
                                 )
            Defendant.           )  Case No. F00-0038 CV(JWS)
_____ )

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO
OPPOSITION TO FILE AMENDED COMPLAINT**

The parties stipulate that plaintiff Native Village of Fort
Yukon ("NVFY") may have until Friday, December 23, 2005, to file
its reply to defendant Interior Regional Housing Authority's
opposition to NVFY's pending motion for leave to file an Amended
Complaint.

WINFREE LAW OFFICE              MICHAEL J. WALLERI
A Professional Corporation      Attorney at Law
Attorney for Defendant          Attorney for Plaintiff


_____        _____
Daniel L. Winfree Law           Michael J. Walleri
Alaska Bar No. 8206076          Alaska Bar No. 7906060     **FILED**
Dated: 12-16-05                 Dated: 12-16-05
                                                           DEC 1 9 2005

                                                    UNITED STATES DISTRICT COURT
**It is so ordered.**                                       DISTRICT OF ALASKA
                                                    By _____ Deputy

DATE: 12/19/05          _____
                        The Honorable James K. Singleton
                        District Court Judge


F00-0038--CV (JKS)      on 12-19-05
- - - - - - - - - - - - - - - - -
M. WALLERI                                                          125
D. WINFREE

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6501