**FILED**

DEC 21 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Native Village of Fort Yukon v. Interior Regional Housing Authority*
Case No. F00-0038 CV (JKS)

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:      ORDER FROM CHAMBERS

    Interior Regional Housing Authority ("IRHA") seeks reconsideration of the Court's order of March 20, 2003, denying summary judgment. *See* Docket No. 74 (Order). The motion for summary judgment, if granted, would have established that Native Village of Fort Yukon ("NVFY") did not have a private right of action to enforce The Native American Housing Assistance and Self Determination Act ("NAHASDA"). Docket No. 61 (Mot.). The motion for reconsideration has been fully briefed. Docket Nos. 116 (Mot.); 122 (Opp'n); 126 (Reply). The Court has thoroughly reviewed the record and concludes that oral argument would not be helpful. *See* D. Ak. LR 7.2.

    The Court is satisfied that intervening authority undermines this Court's prior decision and compels the conclusion that NAHASDA does not provide for a private right of action. Congress has delegated full authority to the Department of Housing and Urban Development to enforce NAHASDA, leaving no room for a private cause of action. The motion for reconsideration at **Docket No. 116** is **GRANTED**. Upon reconsideration, the Order at Docket No. 74 is amended as follows: **Docket No. 61** is **GRANTED IN PART**. NVFY does not have an implied right of action to enforce NAHASDA against IRHA. The other issues debated by the parties are not presently before the Court and will not be addressed in this order.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 20, 2005

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F00-0038--CV (JKS)    am 12-21-05
------------------------------------

H. WALLERI
D. WINFREE

127