MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

**FILED**
DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

*NVFY v. IRHA*
Case No. F00-0038 CV (JKS)

By:              THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:    Dan Maus, Case Management: 677-6123*

PROCEEDINGS:    ORDER FROM CHAMBERS

Currently pending before the Court is Plaintiff's motion to amend its complaint to add a count seeking judicial review under the Administrative Procedure Act of certain agency action taken in response to earlier orders of the Court. Docket Nos. 121 (Mot.); 123 (Opp'n); 128 (Reply). Recently the Court granted reconsideration of an earlier order that had allowed Plaintiff a private right of action to enforce certain federal laws. *See* Docket No. 127 (Order). It appears that defendant is effectively out of this case. If the motion to amend were granted it would significantly alter the structure of this case from private right of action to administrative appeal. The better course is to deny the motion to amend without prejudice to Plaintiff bringing an independent action seeking judicial review. In this way final judgment could be entered in this case, allowing any aggrieved party to exercise its appellate rights while at the same time leaving Plaintiff free to pursue administrative review without further delay. The parties have not directed the Court's attention to any statute of limitations problems that would be cured by allowing amendment.

**IT IS THEREFORE ORDERED:**
The motion to amend at **Docket No. 121** is **DENIED**. The parties should meet and confer and file an updated status report indicating what remains to be done to bring this case to a close. Defendant will be responsible for filing the report after consultation with Plaintiff. The report shall be due **on or before January 9, 2006.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: December 30, 2005

*   ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F00-0038--CV (JKS)   OM 12-30-05
-------------------------------
H. WALLERI
D. WINFREE

