FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN -3 PM 4: 29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF FORT YUKON )
        -Plaintiff       )      Case No. F00-0038 (JKS)
vs.                             )
                               )      **REQUEST FOR**
INTERIOR REGIONAL HOUSING  )      **STATUS HEARING**
AUTHORITY,                    )
        - Defendant          )

The Native Village of Fort Yukon, by and through its undersigned attorney, hereby requests a status hearing in the above matter. Notwithstanding a stay in these proceedings, Defendant moved for reconsideration of the Court's Order of March 20, 2003 denying summary judgment. On December 20, 2005 the Court entered an order amending the Order at Docket No. 74 Granting in part, the motion at Docket 61. Additionally, the status reports filed with the Court, including the unsolicited status reports filed by Defendant, would suggest that the administrative proceedings before HUD, for which the stay was originally imposed, are complete. Finally, notwithstanding the stay entered by the Court, Plaintiff has filed a motion for leave to file an amended complaint. Given these developments, it would seem that the stay entered by the Court is functionally ended, but there is neither a scheduling order entered nor order to lift the pending stay to allow the matter to proceed in an orderly manner. Plaintiff requests a status hearing to consider scheduling with respect to the remaining issues in the case.

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Dated: January 4, 2006

Michael J. Walleri

*[signature]*

Attorney for Plaintiff
AK Bar #7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on January 4, 2006 via U.S. Mail to:
Mr. Daniel Winfree
Winfree Law Offices
301 Cushman St. Suite 200
Fairbanks, Alaska 99701

*[signature]*

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Request for Status Hearing*
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)*

Page 2 of 2