**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*NVFY v. IRHA*
Case No. F00-0038 CV (JKS)

By:                           THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:              Dan Maus, Case Management: 677-6123*

<u>PROCEEDINGS</u>:       ORDER FROM CHAMBERS

        NVFY has filed a request for a status hearing.  Docket No. 130.  On December 30, 2005, this Court entered an Order denying a motion by Plaintiff to amend its complaint to add a count challenging administrative decisions of a federal agency.  Docket No. 129.  In its Order the Court directed the parties to meet and confer and file a status report on or before Monday, January 9, 2006, regarding what must be done to bring this case to a conclusion.  While the Court hopes for a joint report based upon a consensus between the parties to be filed by counsel for Defendant, the Court recognizes that agreement might not be possible.  If the parties do not agree, they should file a joint report that sets out the respective positions of both parties.  Each party can also file a separate memorandum acknowledging areas of agreement and setting out its position on areas of disagreement.  Once in possession of the status report and any supporting memoranda, the Court will be in a position to decide whether a hearing will be helpful, or whether action should be taken on the existing record.

        **IT IS THEREFORE ORDERED:**
        In light of the Order at Docket No. 129, the motion at **Docket No. 130** is **DENIED AS MOOT**.  This denial is without prejudice to the parties proceeding in conformity with the directions in this Order and the previous Order at Docket No. 129.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>January 6, 2006</u>

*        ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

C:\Documents and Settings\danm\Local Settings\Temp\notes06E812\F00-0038.017.wpd