Daniel E. Winfree
Winfree Law Office, APC
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Facsimile: (907) 451-6510
e-mail: dan.winfree@winfreelaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY, )<br>)<br>Defendant. ) | Case No. F00-0038 CV(JKS) |

**STATUS REPORT**

Pursuant to the Court's Minute Order of December 30, 2005, counsel for Defendant Interior Regional Housing Authority ("IRHA") consulted with counsel for Plaintiff Native Village of Ft. Yukon ("NVFY") to discuss "what remains to be done to bring this case to a close." The parties disagree about the effect of the Court's prior rulings of March 20, 2003, February 9, 2005, and December 21, 2005, and, therefore, about what remains to be done to bring this case to a close.

<u>NVFY'S POSITION</u>.

First, NVFY believes that Count V (Breach of Contract) of its current Complaint remains open and not disposed of by any of the three Orders, and that NVFY's right to request attorneys

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

fees and accounting costs associated with Counts I and II of its current Complaint remains open per the Court's February 9, 2005, Order.  Second, NVFY believes that the issue of an implied right of action under NAHASDA presents matters of first impression and that the governing law is uncertain, evidenced by the Court's reversal of its earlier ruling of law in the case.  Accordingly, NVFY believes it would be useful for the Court to certify the issue for immediate appellate review prior to taking further action on the remaining issues in the case.  Third, in the alternative to immediate appellate review of the implied-right-of-action issue, NVFY believes that its Count V (Breach of Contract) claim should be set for trial.  Finally, NVFY believes that the Court's December 30, 2005, Order denying its motion to amend its current Complaint was based on an erroneous assumption about statute of limitations issues, and NVFY intends to file a motion for reconsideration.

IRHA'S POSITION.

IRHA believes that the Court's ruling that NVFY has no implied right of action under NAHASDA effectively disposes of all of NVFY's claims against IRHA, including Count V (Breach of Contract).  However, if Count V (Breach of Contract) has not been dismissed by the Court's prior Orders, IRHA believes that a Civil Rule 12(b)(6) motion would dispose of it.  IRHA further believes that the Court's implied-right-of-action ruling



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

nullifies any possible right to attorney fees and costs on the part of NVFY with respect to Counts I and II, and that NVFY is not entitled to such fees and costs in any event.  Finally, IRHA believes the Court correctly denied NVFY's motion for leave to amend its Complaint, and that the Court at this time should (1) enter an order dissolving the injunction prohibiting IRHA from disposing of materials in storage in Ft. Yukon, and (2) enter final judgment on all claims in favor of IRHA.

Notwithstanding the foregoing, in light of the Court's recent rulings, the parties again are discussing settlement avenues.  The parties request a 60-day period of time to attempt to settle this case in its entirety.

|  |  |
|---|---|
|  | WINFREE LAW OFFICE<br>A Professional Corporation<br>Attorneys for IRHA |
| Dated: January 9, 2006 | s/Daniel E. Winfree<br>301 Cushman Street<br>Suite 200<br>Fairbanks, Alaska 99701<br>Phone: (907) 451-6500<br>Fax: (907) 451-6510<br>E-mail: dan.winfree@winfreelaw.com<br>Alaska Bar No. 8206076 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of January, 2006, a true and complete copy of the foregoing, **IRHA's Status Report**, was served by U.S. Mail and Electronically on:

Michael Walleri
330 Wendell Street, Suite E,
Fairbanks, Alaska 99701

s/ Daniel E. Winfree



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510