**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>NATIVE VILLAGE OF FORT YUKON</u>
v.
<u>INTERIOR REGIONAL HOUSING AUTHORITY</u>

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                CASE NO.  <u>4:00-CV-00038-JKS</u>

<u>Dan Maus</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 9, 2006

      The court has received a status report dated <u>January 9, 2006</u>. The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before <u>March 6, 2006</u>, unless closing papers are sooner filed.

[ ]{IIA4.WPD*Rev.12/96}