

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN -9 PM 4: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON, Plaintiff, vs. INTERIOR REGIONAL HOUSING AUTHORITY, WAYNE MUNDY, and the ALASKA OFFICE OF NATIVE AMERICAN PROGRAMS, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. Defendants. | MOTION FOR RECONSIDERATION ORDER OF DECEMBER 12, 2005 Case No. F00-0038 CV (JWS) |

COMES NOW, Native Village of Fort Yukon (NVFY) to seek reconsideration of the Court's order of December 12, 2005 denying NVFY's motion to amend complaint, for the reasons set forth in the accompanying memorandum.

Dated: January 9, 2006

MICHAEL J. WALLERI

_____
AK. Bar No. 7906060
Attorney for Plaintiff

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Motion: Reconsideration*
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)*

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on January 9, 2006 via U.S. Mail to:
Mr. Daniel Winfree
Winfree Law Offices
301 Cushman St. Suite 200
Fairbanks, Alaska 99701

*Chris Woodward*

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725