

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN -9 PM 4: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON, Plaintiff, vs. INTERIOR REGIONAL HOUSING AUTHORITY, WAYNE MUNDY, and the ALASKA OFFICE OF NATIVE AMERICAN PROGRAMS, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. Defendants. | **MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION ORDER OF DECEMBER 12, 2005** Case No. F00-0038 CV (JWS) |

The Native Village of Fort Yukon (NVFY) seeks reconsideration of the

Court's order of December 12, 2005 denying NVFY's motion to amend complaint.

These proceedings arise out of IRHA undisputed misappropriation of

NVFY's NAHASDA funds that occurred in FY 1999. In particular, IRHA provided

services to various individuals who were not determined to be eligible prior to the

provision of services in the 1999 construction season, which ended on or about

October 1999. Additionally, IRHA provided services in violation of applicable

Indian Housing Plans approved by the tribe, and required by NAHASDA. It thus

Michael J. Walleri
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

appears that the actual misappropriations occurred prior to October 1999, although NVFY did not have knowledge of the full nature of the problems at that time.

This action was brought in 2000 to seek recovery of those funds. On March 20, 2003 this court stayed the proceedings in this case under the doctrine of primary jurisdiction to allow AONAP/ HUD to consider the whether IRHA mismanaged and misappropriated funds from the NVFY tribal allocations. Since that time, AONAP has had the matter under administrative review. The AONAP's review has been highly selective, focusing only on the eligibility of certain individuals, and largely ignoring the claims by NVFY that 1998-2000 NAHASDA funds were expended in violation of required Indian Housing Plans. AONAP's administrative review was completed on November 17, 2005. NVFY was not served with notice of that decision, nor was it advised of its right/ standing to seek administrative appeal and/ or judicial review under the Administrative Procedure Act. 5 USC 701 et. seq. NVFY moved to amend its complaint to join HUD to these proceedings and to seek judicial review of ANAOP/HUD's decisions.

The Court denied NVFY's motion to amend to add HUD without prejudice to bring an independent action under the APA. In reaching this conclusion, the Court

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

indicated that the parties have not directed the Court's attention to any statute of limitations problems that would be cured by allowing amendment.

The statute of limitations under the APA is six (6) years. *Crown Coat Front Co. v. United States*, 386 U.S. 503, 18 L. Ed. 2d 256, 87 S. Ct. 1177 (1967). If NVFY were to bring a new action against IRHA and HUD to challenge the review, the six (6) year statute of limitations may apply, since some of the misappropriations by IRHA occurred prior to the January 2000; i.e. misappropriations of the FY 1998-1999 NAHASDA tribal allocations.

The Court should reconsider its decision of December 30, 2005 because the six year statute of limitations may effectively bar consideration of NVFY claims.

Dated: January 9, 2006

                                       MICHAEL J. WALLERI

                                       AK. Bar No. 7906060
                                       Attorney for Plaintiff

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Certificate of Service

I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on January 9, 2006 via U.S. Mail to:
Mr. Daniel Winfree
Winfree Law Offices
301 Cushman St. Suite 200
Fairbanks, Alaska 99701

*Chris Woodward* (signature)

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725