IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON,<br><br>              Plaintiff,<br><br>vs.<br><br>INTERIOR REGIONAL HOUSING AUTHORITY,<br><br>              Defendant. | **MOTION FOR RECONSIDERATION ORDER OF DECEMBER 20, 2005**<br><br>Case No. F00-0038 CV (JWS) |

      COMES NOW, the Native Village of Fort Yukon pursuant to FRCP 60(b)(6) to move for reconsideration of the Court's order of December 20, 2005 for the reasons set forth in the accompanying memorandum.

      Dated: February 13, 2006

                                  MICHAEL J. WALLERI

                                  s/Michael J. Walleri
                                  AK. Bar No. 7906060
                                  Attorney for Plaintiff

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on February 13, 2006 via ECF/ to:
  Mr. Daniel Winfree
  Winfree Law Offices
  301 Cushman St. Suite 200
  Fairbanks, Alaska 99701

  s/Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725