# Exhibit 1



U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
University Plaza Building
949 East 36th Avenue, Suite 401
Anchorage, AK 99508-4399
http://www.hud.gov/local/anc/anconap.html

JUL 3 1 2001

Joseph Wilson, Executive Director
Interior Regional Housing Authority
828 27th Avenue
Fairbanks, AK 99701-6918

Dear Mr. Wilson:

Subject: Inspector General Review - Rehabilitation Project
         Native Village of Fort Yukon

 The subject report disclosed that IRHA expended $385,514 more than budgeted for the rehabilitation project in Fort Yukon. In response to the report, IRHA reported that it used $59,134 from its reserve funds to pay for a portion of the cost overrun. The Inspector General has asked the Alaska ONAP to confirm this accounting transaction. Accordingly, please provide this office with copies of the appropriate accounting records that document the source of the $59,134 and the utilization of these funds for the rehabilitation project in Fort Yukon.

 The subject report determined that IRHA did not have reasonable management controls in place to administer the Fort Yukon project in accordance with federal requirements. Subsequently IRHA implemented a new computerized accounting system to provide IRHA with an adequate financial management system. The Inspector General has asked the Alaska ONAP to monitor IRHA's new computerized accounting system and to ensure they meet federal financial management system requirements. Accordingly, please report on the current status of the implementation of the new system, your assessment of the effectiveness of the system, and a description of planned system enhancements if any. Additionally, please provide copies of the reports from the system that IRHA uses to track costs and maintain management controls.

EXHIBIT 1

WLO 0076

Your cooperation in providing the requested information within 30 days would be appreciated. If you have any questions, please call Ed Kovich at (907) 271-4647.

Sincerely,

David Vought, Director
Grants Evaluation

WLO 0077

U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
VECO Alaska Building
949 East 36th Avenue, Suite 401
Anchorage, AK 99508-4399
http://www.hud.gov/local/anc/anconap.html

SEP -7 2001

MEMORANDUM FOR: Frank E. Baca, District Inspector General for Audit, OAGA

FROM: Marlin Knight, Administrator, OCPI

SUBJECT:   Interior Regional Housing Authority's management of a
           Rehabilitation project at the Native Village of Fort Yukon
           Fairbanks, Alaska

This is in response to the subject Audit Memorandum, No. 2001-SE-107-1801, dated July 13, 2001 and received in our office on July 16, 2001. The following is a status report on the four recommendations included in the report:

1A.   <u>Determine if IRHA should repay the $326,389 of cost overruns paid for with Fort Yukon's 2000 NAHASDA funds.</u>

      Based on the attached legal opinion, it is our determination that there is no basis to require IRHA to repay the $326,380 cost overruns described in the report.

1B.   <u>Obtain a legal opinion on whether it is appropriate to use a given year's NAHASDA funds to pay for activities in a previous year's Indian Housing Plan.</u>

      Based on the attached legal opinion, we have determined that the costs incurred were for eligible activities and are incompliance with the requirements of OMB Circular A-87, therefore, IRHA's use of FY 2000 funds for work completed in FY 1999 is appropriate.

1C.   <u>Confirm that the $59,134 of reserve funds IRHA used to pay for part of the cost overruns were not NAHASDA funds.</u>

      Based on the attached journal voucher from IRHA, we confirm that IRHA used $59,133.73 from proceeds of sales to pay for part of the cost overruns.

1D.  <u>Monitor IRHA's new computerized accounting system to ensure they meet federal financial management system requirements.</u>

We have included IRHA in our 2002 monitoring plan. In order to fully assess the financial management system, we have tentatively scheduled the review for March of 2002. This will permit IRHA to complete the fiscal closeout for the preceding year and report on their activities in the Annual Performance Report prior to our review. Accordingly, it is our management decision that action is pending with a target date of April 30, 2002.

Since all actions for Recommendation's 1A., 1B., and 1C. have been completed, I request the recommendations be closed out concurrently with the dates of the management decision.

As requested we have also enclosed copies of all correspondence or directives issued because of the audit. If you have any questions, please contact Ed Kovich, Grants Evaluation Specialist, at (907) 271-4647.

Attachments