# Exhibit 2

# INTERIOR REGIONAL HOUSING AUTHORITY



April 26, 2004

William Zachares, Director
Grants Evaluation Division
Housing and Urban Development
Alaska Office of Native American Programs
VECO Alaska Building
949 East 36th Avenue, Suite 401
Anchorage, Alaska 99508-4399

    Re: IRHA/Native Village of Fort Yukon
    Our File No. 359.013

Dear Mr. Zachares:

    As you know, IRHA previously was the THDE for the Native Village of Fort Yukon. In January, 2000, the Village complained to HUD about several aspects of IRHA's administration of NAHASDA funds. Fort Yukon subsequently filed a lawsuit against IRHA based on the concerns it raised to HUD. HUD since has confirmed that the issues raised by the Village in the January, 2000, complaint were resolved in favor of IRHA.

    We are in receipt of a letter dated February 9, 2004, transmitted to you from Fort Yukon's attorney Michael Walleri. Mr. Walleri's letter asserts that the Office of the Inspector General's audit report of IRHA's Fort Yukon project, completed in 2001, contained several factual errors. Principally, Fort Yukon asserted that although it believed 19 ineligible individuals participated in the program, the OIG only found that four individuals were ineligible.

    You recently forwarded a list of 19 individuals and requested that IRHA confirm the eligibility of those individuals. (We presume your request is in response to Mr. Walleri's letter.) The eligibility of these individuals did not appear to be an issue raised by Fort Yukon's previous complaint to HUD or in the lawsuit, so IRHA is addressing the issue for the first time in response to your request.

828 27th Avenue • Fairbanks, Alaska 99701-6918 • Tel (907) 452-8315 • 1-800-478-IRHA • Fax (907) 456-8941



EXHIBIT 2

May-04-2004 10:31am From-IRHA - ADMIN 9074563941 T-976 P.003/004 F-327
Case 4:00-cv-00038-TMB   Document 140-3   Filed 03/09/2006   Page 3 of 4

Letter to W. Zachares, NVFY vs. IRHA
April 28, 2004
Page 2 of 3

The list you provided was prepared by Fort Yukon's accountant, retained for purposes of providing testimony in the lawsuit against IRHA. IRHA has reviewed the list and associated amounts Fort Yukon asserts IRHA expended on work for the 19 individuals. Fort Yukon contends that, depending on the source documents used, IRHA spent a range from approximately $111,000 to $295,000 on renovations for the 19 individuals.

Fort Yukon's grant allocation during the relevant time period was $1,166,888. We understand that NAHASDA permits IRHA to use up to 10% of the grant allocation ($116,688.80) for families between 80% and 100% of the median income. We also understand that, with HUD approval, IRHA may use more than 10% of the grant allocation for families between 80%-100% of the median income, and for families whose income exceeds 100% of the median. Moreover, you will no doubt recall that IRHA used approximately $60,000 of its own funds on the Fort Yukon project.

It has been several years since IRHA performed these renovations, and we are attempting to assemble the requested information. However, in light of the circumstances, including (1) the time that has passed, (2) Fort Yukon's change of THDE, and (3) AONAP's previous audit efforts and IRHA's responses, it seems to IRHA that even assuming all 19 individuals were ineligible, AONAP may wish to simply close this matter out. If AONAP approved amounts expended in excess of 10% of the grant allocation and/or for individuals whose income exceeded 100% of the median, the issue could be resolved quickly. In the event some or all of the amounts were not approved by AONAP, AONAP could confirm that IRHA be credited with the non-program funds used to complete the project.

IRHA believes that HUD already has made several findings to support approval of the expenditures. The work was performed in Fort Yukon and utilized Fort Yukon funds. The OIG found that the work benefited the Village, IRHA employed many people from the Village to do the work, and the Village employees received training in construction skills that will be of long-term benefits.

While AONAP considers approving the funds on the assumption the 19 individuals were not eligible, IRHA will continue to assemble the requested information. Please contact me if you have any questions or concerns.

Letter to W. Zachares / NVFY vs. IRHA
April 28, 2004
Page 3 of 3

Yours Truly,

*Charlisa Atita*
for Steve Ginnis
Executive Director
Interior Regional Housing Authority