# Exhibit 3



**U.S. Department of Housing and Urban Development**

**Alaska Office of Native American Programs**
3000 "C" Street, Suite 401
Anchorage, Alaska 99503
http://www.hud.gov/local/anc/anconap.html

OCT 0 6 2005

Mr. Steve Ginnis
Executive Director
Interior Regional Housing Authority
828 27th Avenue
Fairbanks, Alaska 99701

Dear Mr. Ginnis:

Subject: Request for HUD Approval to Serve Non Low-Income Indian Families

On July 8, 2005 the Alaska Office of Native American Programs (AONAP) forwarded the Interior Regional Housing Authority (IRHA) request to provide assistance to six (6) non low-income Indian families in the Native Village of Fort Yukon to the Denver Program Office. Pursuant to the enclosed memo dated September 21, 2005, the General Deputy Assistant for Public and Indian Housing has denied IRHA's request citing the failure to provide financial documentation for the assisted families and failure to submit complete Housing Needs Surveys to support the request as required by Notice PIH 99-6.

Due the lack of financial documentation, the Office of Public and Indian Housing was unable to determine if each family had sufficient income and/or assets to obtain adequate housing without IHBG assistance. Further, because the Housing Needs Surveys were not complete, a determination of the need for housing and/or the reasons why the housing need cannot be reasonably met without IHBG assistance could not be made. In accordance with 24 CFR §1000.118, this decision constitutes final agency action.

Since IRHA's request for approval to provide assistance to the six (6) non low-income families was not approved it will be necessary for IRHA to submit documentation that demonstrates that $110,446.61 has been reimbursed to IRHA's NAHASDA program from non-HUD funds in accordance with 24 CFR §1000.530 and our final remote monitoring report dated May 20, 2005.

EXHIBIT 3

WLO1295

Should you have any further questions regarding this subject, please contact Bill Zachares, Director, Grants Evaluation Division at (907) 677-9870.

Sincerely,

Wayne Mundy, Administrator
Alaska Office of Native American Programs

Enclosure

WLO1296



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-5000

SEP 21 2005

OFFICE OF PUBLIC AND INDIAN HOUSING

MEMORANDUM FOR:   Wayne Mundy, Administrator, Alaska Office of Native American Programs, OCPI

FROM:   Paula O. Blunt, General Deputy Assistant Secretary for Public and Indian Housing, P

SUBJECT:   Request for HUD Approval to Serve Non Low-Income Indian Families

This is in response to your memorandum of July 8, 2005, requesting approval for the Interior Regional Housing Authority (IRHA) to provide assistance to six (6) non low-income Indian families. Regulations at 24 CFR 1000.104(b) state that a non low-income Indian family may receive housing assistance in accordance with §1000.110. Section 1000.110(c) states that a recipient must determine and document that there is a need for housing for each non low-income family, which cannot reasonably be met without such assistance. Also, §1000.110(d) states that HUD approval is required if a recipient plans to provide housing for families with income over 100 percent of median income.

Notice PIH 99-6, *Providing Assistance to Non Low-Income Indian Families under the Native American Housing Assistance and Self-Determination Act of 1996*, describes the method for determining and documenting when housing need cannot reasonably be met without the NAHASDA assistance.

The IRHA provided assistance to the six non low-income Indian families without prior HUD approval. The subsequent information provided by IRHA is not sufficient to address the requirements of Notice PIH 99-6. The IRHA did not provide financial documentation for the assisted families. This Office could not determine if the family has sufficient income and/or assets to obtain adequate housing without IHBG assistance. Also, because the IRHA's Housing Needs Surveys were not always completed, this Office cannot make a determination of the need for housing or the reasons why the housing need cannot reasonably be met without IHBG assistance. Therefore, the request to provide assistance to six non low-income Indian families is denied. In accordance with 24 CFR 1000.118, this decision constitutes final agency action.

Should you have any further questions regarding this subject, please contact Ms. Deborah Lalancette, Director, Office of Grants Management, at (303) 675-1600.

WLO1297