# Exhibit 4

# INTERIOR REGIONAL HOUSING AUTHORITY



May 31, 2005

William Zachares, Director
Grants Evaluation Division
Housing and Urban Development
Alaska Office of Native American Programs
3000 "C" Street Suite 401
Anchorage, Alaska 99503

Re:   **Fort Yukon Complaint Response**

Dear Mr. Zachares:

On January 11, 2005, Ms. Alcantra forwarded a draft determination requesting that IRHA certify that it has dedicated $110,446.61 in non-program funds to cover the amounts IRHA expended on six families who participated in the IRHA/Fort Yukon project. Attached for your reference is a copy of Resolution 05-08, setting aside those funds.

By letter dated March 18, 2005, you provided an update on the status of IRHA's pending requests for HUD approval of expenditures for the six families, requested IRHA's determinations that the families were essential to the Indian families residing in the housing area.

Enclosed for your reference are Amended Requests for HUD Approval for the remaining six families. The Amended Requests reflect IRHA's determination that these families were essential to the well-being of those residing within the housing area as well as the tribe. With respect to your request for more documentation for the six families, however, IRHA has provided HUD with all of the information currently available. IRHA awaits HUD's response to the Requests for Approval based on the information already provided.

In the meantime, although IRHA has set aside the amount requested by Ms. Alcantra, IRHA believes the amount is mistaken. In August, 2004, HUD informed IRHA by letter that the refunded amount, if any, would be based on "actual costs." The $110,446.11 figure, however, apparently was derived by adding the highest number of IRHA's three project calculations, and without respect to the purpose of the three calculations. It also should be noted that none of the three calculations, standing alone, reflect a number as high as HUD's estimate. Accordingly, HUD's combined estimate cannot reflect "actual costs," as required.

Of the three IRHA calculations, only the first (and lowest) reflects the actual cost of the project, because it was derived from reports of work actually performed. The second and third



EXHIBIT 4

Letter to W. Zachares -- NVFY vs. IRHA
May 31, 2005
Page 2 of 2

Of the three IRHA calculations, only the first (and lowest) reflects the actual cost of the project, because it was derived from reports of work actually performed. The second and third calculations are true estimates, the estimate of the value of the work performed, and the estimate of the material, freight, and payroll costs for each participant, respectively. The calculations reflect the following information:

| PARTICIPANT | CALCULATION #1 | CALCULATION #2 | CALCULATION #3 |
|---|---|---|---|
| J. Carroll | $5,858.00 | $7,967.23 | $9,796.76 |
| T. Carroll | $9,877.25 | $11,986.48 | $17,690.74 |
| W. Carroll |  | $13,282.43 | $11,599.52 |
| M. Francis | $11,842.50 | $13,951.73 | $19,589.51 |
| R. Strom | $16,444.80 | $18,554.03 | $27,927.43 |
| J. Wells | $13,179.85 | $8,760.73 | $22,159.74 |
|  |  |  |  |
| SUBTOTAL | $57,202.40 | $74,502.63 | $108,763.70 |

IRHA strongly believes that, with the exception of Warren Carroll, HUD should rely on the numbers provided in Calculation #1, which were derived from IRHA's determination of the actual cost of the project. Adding the highest estimate of work for Warren Carroll, IRHA believes that the "actual cost" at issue in this matter is $70,484.83.

As a final matter, IRHA previously requested if HUD would credit IRHA's use of non-program funds to complete the Fort Yukon project against any amount determined to be for ineligible costs. HUD indicated that IRHA must be able to identify what the non-program funds originally were used for. As reflected in HUD's audit of the Fort Yukon project, IRHA used Fort Yukon's FY 1998-2000 NAHASDA allocation for work on the Fort Yukon project. The Fort Yukon project was administered under NAHASDA and pursuant to IRHA's IHP. IRHA has certified that, in addition to the FY 1998-2000 allocations, IRHA was required to use $59,134 in non-program funds to complete the project. There does not appear to be a question whether the funds were used on the Fort Yukon NAHASDA project. Do these facts entitle IRHA to an offset of any amount to be refunded?

Please contact me if you require more information, or if you have any questions or concerns.

Respectfully,

INTERIOR REGIONAL HOUSING AUTHORITY

Steve Ginnis
Executive Director