# Exhibit 5

**From:** bill_zachares@hud.gov [mailto:bill_zachares@hud.gov]
**Sent:** Friday, October 28, 2005 3:01 PM
**To:** Steve Ginnis
**Cc:** Wayne_Mundy@hud.gov; donna_hartley@hud.gov; kim_jakeway@hud.gov
**Subject:** Reimbursement of Disallowed Costs

Steve,

As discussed today, the AONAP will be providing you with a letter outlining the procedures IRHA needs to follow to reimburse their NAHASDA program with non-program funds for the $110,446.61 in disallowed costs. We will fax you a signed copy of the letter so that you can initiate the repayment process and will send the original in the mail. Once we have received verification of the reimbursement we will issue a letter closing the open finding.

Thank you,

William Zachares, Director
Grants Evaluation Division
(907) 677-9870

EXHIBIT
5

WLO1299



**U.S. Department of Housing and Urban Development**

**Alaska Office of Native American Programs**
3000 C Street, Suite 401
Anchorage, AK 99503
http://www.codetalk.fed.us/AKONAP.html

NOV 0 2 2005

Steve Ginnis, Executive Director
Interior Regional Housing Authority
828 27th Avenue
Fairbanks, AK 99701

Dear Mr. Ginnis:

SUBJECT:    Indian Housing Block Grant No. 05IH0203980
            Agreement to Return Funds to the IHBG Program

The IRHA Board of Commissioners have decided and directed IRHA to reimburse the NAHASDA program with non-HUD funds to resolve the monitoring findings regarding the use of 1998 and 1999 IHBG funds to serve non low-income applicants in the Native Village of Fort Yukon.

IRHA agrees to make a lump-sum payment by check, no later than 11/30/05, to HUD in the amount of $110,446.61. Mail check to: HUD, ATTN: Wayne Mundy, 3000 C. Street, Suite 401, Anchorage, AK 99503. These funds will be deposited into IRHA's account for IHBG No. 05IH0203980, to be used for activities of affordable housing.

It will take approximately two weeks for funds to appear in LOCCS. During this time, if IRHA is planning to use their funds on an affordable housing activity not approved in the 2005 IHP, please submit an amendment for review. Alternatively, if you will be using these funds on affordable housing activities already approved in your 2005 IHP, please submit a revision showing the increased funds in Sections: 3a. Financial Resources; 3b. Uses of Such Resources; and Table 2, Parts I and II.

If you have any questions, please contact Kim Jakeway at (907) 677-9884 or by e-mail at Kim_Jakeway@hud.gov. For more information regarding HUD's Native American Programs, see our Internet homepage at "www.codetalk.fed.us."

Sincerely,

Wayne Mundy
Administrator

# INTERIOR REGIONAL HOUSING AUTHORITY

**IRHA**

November 15, 2005

William Zachares
Director, Grants Evaluation
Alaska HUD Office of Native American Programs
3000 "C" Street, Ste 401
Anchorage, Alaska 99503

Dear Bill,

Per our earlier discussion, enclosed is IRHA's check for $110,446.61 to resolve our outstanding issues in the Native Village of Fort Yukon matter.

Thank you for your assistance throughout this matter.

Sincerely,
INTERIOR REGIONAL HOUSING AUTHORITY

Steven E. Ginnis,
Executive Director

WLO1358

ERIOR REGIONAL HOUSING AUTHORITY - ACCOUNTS PAYABLE                     1017548

5IH0203980   U.S. Department of Housing and Urban Development
110,446.61

A14-100-00-000-4210.00

THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICRO PRINTED SIGNATURE LINES.

| **INTERIOR REGIONAL HOUSING AUTHORITY** | | |
|---|---|---|
| **ACCOUNTS PAYABLE**<br>828 27TH AVENUE<br>FAIRBANKS, AK 99701<br>(907) 452-8315 | FIRST NATIONAL BANK OF ANCHORAGE<br>ANCHORAGE, AK 99503<br>89-6/1252 | **1017548**<br><br>CHECK NO. |

***** One Hundred Ten Thousand Four Hundred Forty Six Dollars and Sixty One Cents *****

|  | DATE | AMOUNT |
|---|---|---|
|  | 11/15/05 | *** $110,446.61 *** |

**PAY**
TO THE
ORDER
OF

U.S. Department of Housing
and Urban Development
Alaska Office of Native American Programs
3000 C Street, Suite 401
Anchorage, Ak 99503

VOID AFTER 90 DAYS
2 SIGNATURES REQUIRED

AUTHORIZED SIGNATURE(S)

⑈1017548⑈ ⑈125200060⑈ 2510 388 8⑈

1017548

WLO1359

**I N T E R I O R  R E G I O N A L  H O U S I N G  A U T H O R I T Y**



November 10, 2005

Kim Jakeway, Grants Management Specialist
Alaska Office of Native American Programs
3000 C Street, Suite 401
Anchorage, Alaska 99503

Subject:     FY 2005 Indian Housing Plan revision
             Transfer from unrestricted funds and Eagle Model Activity

Dear Ms. Jakeway,

Enclosed is the Interior Regional Housing Authorities revised FY 2005 Indian Housing Plan
for your review. The purpose of this update is to add funds in the amount of $110,446.61 to
new construction and the Eagle model activity.

If you have any questions please feel free to contact me at anytime.

Sincerely,

Charlisa Attla
Planning Director

WLO1301

# Indian Housing Plan
# Cover Sheet

**Please read the instructions on back before completing this cover sheet**

1. Name and Address of Tribe (if only one tribe)

2. Name and Address of Tribal Contact Person (if only one tribe) | Telephone Number with Area Code (if only one tribe)

3. Name and Address of Tribally Designated Housing Entity (TDHE) (if applicable)

INTERIOR REGIONAL HOUSING AUTHORITY
828 27th Ave
Fairbanks AK 99701

4. Name and Address of TDHE Contact Person | Telephone Number with Area Code

Charliza Attla | (907) 452-8315

| 5. Type of Submission | 6. Federal Fiscal Year | 7. Grant Number | 8. Estimated Grant Amount | 9. Actual Grant Amount |
|---|---|---|---|---|
| Original ☐  Amended ☑ | 2005 | 051H0203980 | 11,875,968 | 15,395,944.61 |

10. Enter the name and address of the tribe and the name, address, and telephone number of the tribal contact person for each tribe included in this IHP. This information may be reported like this:

| Name of Tribe | Address of Tribe | Tribal Contact Person | Address | Phone |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

11. Title of the Authorized Official submitting the IHP

Executive Director

Signature & Date:

x _(signature)_ 11/10/05

| For HUD Use Only | Date IHP is received by HUD: | Time IHP is received by HUD: |
|---|---|---|
| | | |

Page 3

form HUD-52735 (10/2002)

WLO1302

**3. FINANCIAL RESOURCES-** An operating budget for the recipient, in a form prescribed by the Secretary, including:

a. an identification and a description of the financial resources reasonably available to the recipient to carry out the purposes of NAHASDA, including an explanation of the manner in which amounts made available will leverage additional resources; and

*Please enter your Identification and Description here:*

| Tribe | FY 2004 |
|---|---|
| Allakaket | $140,846 |
| Beaver | $114,618 |
| Birch Creek | $47,934 |
| Dot Lake | $25,000 |
| Doyon | $6,282,223 |
| Eagle | $57,179 |
| Evansville/Bettles | $46,547 |
| Grayling | $179,426 |
| Healy Lake | $48,161 |
| Holy Cross | $166,674 |
| Hughes | $67,258 |
| Huslia | $211,239 |
| Kaltag | $189,151 |
| Koyukuk | $106,816 |
| Manley Hot Springs | $54,855 |
| McGrath | $168,162 |
| Minto | $200,389 |
| Nenana | $151,885 |
| Nikolai | $89,937 |
| Northway | $165,150 |
| Ruby | $180,710 |
| Shageluk | $109,696 |
| Takotna | $33,848 |
| Telida | $25,000 |
| Tetlin | $144,434 |
| Title VI loan (Allakaket) | $563,384 |
| Title VI loan (Huslia) | $809,460 |
| Title VI loan (Kaltag) | $756,600 |
| Title VI loan (Northway) | $660,600 |
| Title VI loan (Ruby) | $722,840 |
| Title VI loan (Minto) | $801,555 |
| Title VI loan (Tetlin) | $577,736 |
| Title VI loan (Evansville) | $186,185 |
| Program Income | $700,000 |
| AHFC (est) | $500,000 |
| Transfer from unrestricted | $110,446.61 |
| Total | $15,395,944.61 |


(Double-Click button to return to top)

WLO1317

**TABLE 2**

**FINANCIAL RESOURCES**

| | |
|---|---|
| Name of Tribe: | Doyon Ltd. Regional Corporation |
| Name of TDHE (if applicable): | Interior Regional Housing Authority |
| Federal Fiscal Year: | 2005 |
| Tribal/TDHE Program Year: | 2005 |



(Double-Click button to return to top)

PART I: SOURCES OF FUNDS FOR NAHASDA ACTIVITIES

| Sources of Funds<br>column a | Planned Amount<br>column b |
|---|---|
| 1. HUD Resources | |
|     a. NAHASDA Block Grant | $9,007,139.00 |
|     b. NAHASDA Program Income | $700,000.00 |
|     c. NAHASDA Title VI | $5,078,359.00 |
|     d. Section 184 Loan Guarantee | |
|     e. Indian Community Development Block Grant | |
|     f. Drug Elimination Grants and Drug Technical Assistance | |
|     g. Prior Year Funds | |
|     h. Other | |
| 2. Existing Program Resources | |
|     a. 1937 Housing Act Programs | |
|     b. Other HUD Programs | |
| 3. Other Federal or State Resources | |
|     a. BIA Home Improvement Program | |
|     b. Other | $500,000.00 |
| 4. Private Resources | |
|     a. Tribal Contributions for affordable housing | |
|     b. Financial Institution | |
|     c. Other | |
| 5. Other | $110,446.61 |
| 6. Total Resources | $15,395,944.61 |

WLO1345