# Exhibit 6



U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
3000 "C" Street Suite 401
Anchorage, Alaska 99503
http://www.hud.gov/local/anc/anconap.html

NOV 17 2005

Mr. Woodie Salmon, Chairman
Board of Commissioners
Interior Regional Housing Authority (IRHA)
P.O. Box 353
Ft. Yukon, Alaska 99740

Dear Mr. Salmon:

Subject: Response to Open Monitoring Findings

We are in receipt of documentation; hand delivered by Mr. Steve Ginnis, Executive Director of IRHA, to the Alaska Office of Native American Programs (AONAP) on November 16, 2005, in response to the open monitoring finding identified in IRHA's May 20, 2005 Remote Monitoring Report. Below is the status of your monitoring finding:

**FINDING 1:** Failure To Verify Income Eligibility And Failure To Obtain HUD Approval To Provide Assistance To Non Low Income Families Prior To Providing Assistance

<u>Recommended Corrective Actions:</u>

1. Submit the additional documentation requested in AONAP's March 18, 2005, letter, to address the requirements of Notice PIH 99-6 (enclosed) for James Carroll, Warren Carroll, Richard and Twila Storm, Jimmy Wells, Myra Francis and Tony Carroll.

2. Pending the outcome of HUD's review of IRHA's request for approval to provide assistance to these six potentially non low-income families, submit documentation that demonstrates that $110,446.61 has been reimbursed to the program from non-HUD funds in accordance with 24 CFR §1000.530.

In a Memorandum dated September 21, 2005, the General Deputy Assistant Secretary for Public and Indian Housing denied IRHA's request for HUD approval to serve non low-income Indian families using NAHASDA Indian Housing Block Grant funds. On November 16, 2005, IRHA issued a check to HUD for $110,446.61 in non-HUD funds, to reimburse IRHA's NAHASDA Indian Housing Block Grant program for the funds used to provide services to the identified non low-income families in Fort Yukon. IRHA

1



WLO1360

has also submitted an amendment to their FY 2005 Indian Housing Plan incorporating the reimbursed funds to complete eligible affordable housing activities.

Based on the actions taken by IRHA, recommended Corrective Actions No. 1 and 2 are completed.

### Status of Finding 1: CLOSED

In summary, all finding identified in the May 20, 2005 remote monitoring report are closed. IRHA is commended for taking the actions necessary to bring their Indian Housing Block Grant program into compliance with NAHASDA requirements.

If you have any questions or require additional information regarding this matter, please contact Dianna Alcantra, Grants Evaluation Specialist toll free at (877) 302-9800 extension 867, or at her direct line at (907) 677-9867 or by email to dianna_alcantra@hud.gov.

Sincerely yours,

William Zachares, Director
Grants Evaluation Division

cc:   Steve Ginnis, Executive Director

2

WLO1361