# Exhibit 7

## Interior Regional Housing Authority
Board of Commissioners

<u>Special Teleconference Meeting</u>
Fairbanks, Alaska
IRHA Conference Room

October 28th, 2005
1:30 pm

### MINUTES

| | |
|---|---|
| **CALL TO ORDER** | Chairman, Patrick McCarty called the IRHA Board of Commissioners (BOC) Special Teleconference Meeting to order at 1:35 pm |
| **ROLL CALL** | The following BOC were in attendance via teleconference: |

Patrick McCarty            present
Daisy Northway             absent-excused
Henry Deacon               present
Paul Williams              present
Woodie Salmon              absent /unexcused

Also present was attorney Dan Winfree and IRHA staff Steve Ginnis, Executive Director and Angela Ludwick, Executive Assistant.

| | |
|---|---|
| **QUORUM** | Chairman, Pat McCarty established a quorum with three Board of Commissioners present. |
| **ADOPTION OF AGENDA** | Paul Williams moved to adopt the agenda, second by Henry Deacon. **Motion Passed.** |
| **EXECUTIVE SESSION** | Paul Williams moved to go into Executives Session, second by Henry Deacon. **Motion Passed.** |
| | The Board came out of Executive Session at 2:45 pm |
| **MOTIONS (3)** <br> **Re: NVFY vs. IRHA** | Paul Williams moved that the Boards prior action (taken October 19, 2005), authorizing and directing the Executive Director to issue and deliver a check from non-program funds to the U.S. Treasury in the amount of $110,446.61 to resolve all audit/complaint |

*Unapproved meeting minutes.*

1



WLO1362

issues arising from FY 98-99 NAHASDA programs in the Native Village of Fort Yukon, be rescinded, second by Henry Deacon. **Motion Passed.**

Paul Williams moved that the Board authorizes and directs the Executive Director to take all appropriate action, subject to the direction and instructions of HUD, to transfer $110,446.61 in IRHA's non-program funds to IRHA's current program fund account(s), to resolve all audit/complaint issues arising from FY 98-99 NAHASDA programs in the Native Village of Fort Yukon, second by Henry Deacon. **Motion Passed.**

Paul Williams moved that the Board of Commissioners instruct the Executive Director and his staff to recommend to the Board, at an appropriate time, various options for use of the "new" $110,446.61 in program funds available for IRHA's NAHASDA projects, second by Henry Deacon. Motion Passed.

**ADJOURNMENT**   The Board of Commissioners adjourned the meeting at 2:50 pm.

*Unapproved meeting minutes.*   2

WLO1363



**WINFREE LAW OFFICE**
*A Professional Corporation*
*www.winfreelaw.com*

DANIEL E. WINFREE
CORINNE M. VORENKAMP

OF COUNSEL:
WILLIAM B. SCHENDEL

301 Cushman Street, Suite 200 • Fairbanks, Alaska 99701-4629 • 907.451.6500 Telephone • 907.451.6510 Facsimile

December 1, 2005

*dan.winfree@winfreelaw.com*

Michael J. Walleri
330 Wendell Street
Suite E
Fairbanks, Alaska 99701

Via Facsimile: 452-4725
and U.S. Mail

Re: NVFY v. IRHA
Our File No.: 359.013

Dear Mike,

I haven't had a chance to thoroughly review your motion papers on the motion to amend NVFY's complaint, but I did notice that in the short memorandum, you assert that IRHA and HUD are redirecting the $110,466.61 to a project in Eagle. That is incorrect, although I see how you could easily think that was the case.

The IHP amendment included two separate issues, one of which was the reimbursement of the $110,466.61 to program funds, and the other of which was the addition of a project for Eagle. The reimbursement money, however, is not the source of funding for the project in Eagle.

The IRHA Board of Commissioners has directed IRHA staff to recommend a project for the $110,466.61. Enclosed are Supplemental Disclosures with a copy of the (as yet unapproved) Minutes of the BOC's October 28, 2005, meeting in which the transfer of non-program funds to program funds was approved, along with the directive to staff.

WLO1364

Michael Walleri
12/1/2005
Page 2

Please call if you have any questions.

                              WINFREE LAW OFFICE
                              A Professional Corporation

                              Daniel E. Winfree

cc Steven E. Ginnis

WLO1365