MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*Native Village of Fort Yukon v. Interior Regional Housing Authority*
Case No. 4:00-cv-0038-TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

     This case was recently reassigned from the Honorable James K. Singleton to this Court. Native Village of Fort Yukon has filed two motions for reconsideration of two orders issued by Judge Singleton which are currently pending. Docket Nos. 134; 137. Pursuant to Local Rule 59.1(d), the Interior Regional Housing Authority is invited to oppose the motions. The oppositions must be filed **on or before April 13, 2006.** Additionally, the Court will hold a status conference on **Thursday, April 20, 2006, at 10:00 a.m.** in Anchorage. If necessary, the parties may appear telephonically. The parties should be prepared to provide the Court with a brief synopsis of the proceedings to date, outline which of the claims remain to be decided, and inform the Court of what needs to occur to bring this case to a conclusion.

    **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: April 5, 2006