Daniel E. Winfree
Corinne M. Vorenkamp
Winfree Law Office, APC
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Facsimile: (907) 451-6510
e-mail: dan.winfree@winfreelaw.com
corinne.vorenkamp@winfreelaw.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

NATIVE VILLAGE OF FORT YUKON, )
Plaintiff, )
vs. ) Case No. F00-0038 CV(TMB)
INTERIOR REGIONAL HOUSING AUTHORITY, )
Defendant. )

**IRHA'S OPPOSITION TO NVFY'S MOTION FOR RECONSIDERATION OF ORDER DENYING LEAVE TO AMEND COMPLAINT**

**I. INTRODUCTION.**

More than five years after filing suit against IRHA, and on the verge of having its lawsuit dismissed, Plaintiff Native Village of Ft. Yukon ("NVFY") sought to add a new claim against the United States Department of Housing and Urban Development ("HUD") under the Administrative Procedure Act ("APA").[1] On December 30, 2005, the Honorable James K. Singleton denied

[1] Docket 121.

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

NVFY's request.[2] In his Order, Judge Singleton observed that at this juncture, after various summary judgment rulings in IRHA's favor, IRHA now "is effectively out of this case."[3]

Judge Singleton also commented that the parties did not assert there was any statute of limitations problem if NVFY had to file a separate suit against HUD rather than adding HUD to this lawsuit by amendment.[4] Seizing on these words, NVFY now contends there is a possible statute of limitations bar if it is not permitted to amend its complaint, and seeks reconsideration on that basis. Because NVFY's contorted statute of limitations claim is unfounded, Judge Singleton's well-reasoned December 30, 2005, decision should stand.

**II. DISCUSSION AND LEGAL AUTHORITY.**

The APA authorizes judicial review of final decisions of an agency of the United States Government, with certain limited exceptions.[5] The statute of limitations for such claims generally is six years unless otherwise provided.[6]

---

[2] Docket 129.

[3] Docket 129 (December 30, 2005, Order).

[4] *Id.*

[5] 5 USC §§ 701(b)(1), 702, 704.

[6] 28 USC § 2401(a); *Nagahi v. INS*, 219 F.3d 1166, 1171 (10th Cir. 2000) ("In the absence of a specific statutory limitations period, a civil action against the united States under the APA

Winfree Law Office
Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

On November 25, 2005, NVFY sought to amend its complaint to add claims under the APA against the Alaska Office of Native American Programs (“AONAP”), which is part of the Department of Housing and Urban Development (“HUD”), and against Mr. Wayne Mundy of the AONAP.[7] The claims NVFY sought to bring against AONAP and Mundy were based on AONAP’s November 17, 2005, agency decision, which closed AONAP’s investigation into the IRHA actions that NVFY challenged in this lawsuit.[8]

NVFY admits the applicable statute of limitations for an APA lawsuit is six years, and further admits that the agency action for which it seeks review was taken less than six months ago, on November 17, 2005. Thus there clearly is no statute of limitations bar for NVFY’s asserted APA claims.

However, in new effort to avoid the incontrovertible reality that NVFY must file a separate suit against AONAP for administrative review, as Judge Singleton suggested was the appropriate avenue if NVFY wishes to pursue such relief, NVFY

---

is subject to the six year limitations period found in 28 USC § 2401(a).”)

[7] *See* Docket 121, NVFY’s Memorandum in Support of Motion to Amend Complaint, p. 1. (“The [NVFY] seeks to amended [sic] its complaint in the above matter to add Mr. Wayne Mundy and [AONAP] and to seek judicial review of the agencies [sic] final decision of November 17, 2005 pursuant to the Administrative Procedure Act.”)

[8] *Id.*

Vinfree Law Office
Professional Corporation
)1 Cushman Street, Suite 200
airbanks, Alaska 99701-4629
elephone 907.451.6500
acsimile 907.451.6510

now attempts to convince this Court that its asserted APA claims also involve IRHA and will be time-barred unless amendment is allowed. That is simply untrue.

NVFY reaches its argument that the statute of limitations may bar consideration of NVFY's claims by suggesting that NVFY may "bring a new action <u>against IRHA</u> and HUD to challenge the [agency] review . . . ."[9] NVFY then implies that because IRHA's actions on the 1998 and 1999 IHPs took place more than six years ago, review of those actions may be time-barred.[10]

NVFY's contentions are groundless. As its earlier motion to amend makes clear, NVFY sought to add new APA claims <u>only</u> against AONAP and Mundy.[11] Indeed, APA claims cannot be brought against a private party such as IRHA; they expressly are limited to claims against certain agencies of the United States Government.[12]

Because NVFY's APA claims are based on a November 17, 2005, decision by AONAP (and do not involve IRHA individually), and because NVFY admits the statute of limitations for APA claims is

---

[9] Docket 134 NVFY's Motion for Reconsideration, p. 3 (emphasis added).

[10] *See id.* ("the six year statute of limitations may effectively bar consideration of NVFY claims.").

[11] See *supra*, n. 5.

[12] *See, e.g.*, 5 USC §§ 701, 704.

Vinfree Law Office
Professional Corporation
)1 Cushman Street, Suite 200
airbanks, Alaska 99701-4629
elephone 907.451.6500
acsimile 907.451.6510

six years, there is no time-bar on NVFY's ability to file an APA suit against AONAP and Mundy. For these reasons, and as previously set forth in IRHA's opposition to NVFY's motion to amend, NVFY should not be permitted to amend its complaint to add new claims against new parties on the eve of IRHA's dismissal from this several-year-old lawsuit. Judge Singleton's December 30, 2005, Order (Docket 129) was properly decided, and should stand.

WINFREE LAW OFFICE
A Professional Corporation
Attorneys for IRHA

Dated: April 13, 2006

s/Daniel E. Winfree
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Fax: (907) 451-6510
E-mail: dan.winfree@winfreelaw.com
Alaska Bar No. 8206076

s/Corinne M. Vorenkamp
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Fax: (907) 451-6510
E-mail: corinne.vorenkamp@winfreelaw.com
Alaska Bar No. 0008065

Winfree Law Office
Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of April, 2006, a true and complete copy of the foregoing, **IRHA's Opposition to NVFY's Motion for Reconsideration re Implied Right of Action**, was served Electronically on:

Michael Walleri
330 Wendell Street, Suite E,
Fairbanks, Alaska 99701

s/ Daniel E. Winfree