Daniel E. Winfree
Corinne M. Vorenkamp
Winfree Law Office, APC
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Facsimile: (907) 451-6510
e-mail: dan.winfree@winfreelaw.com
        corinne.vorenkamp@winfreelaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY, )<br>)<br>Defendant. ) | Case No. F00-0038 CV(TMB) |

[PROPOSED]
ORDER AFFIRMING DECISION re IMPLIED RIGHT OF ACTION

IT IS HEREBY ORDERED that the Court's December 30, 2005, Order [Honorable James K. Singleton, at Docket 127], which held that NVFY does not have a private cause of action under NAHASDA and thus granted partial summary judgment to IRHA, is AFFIRMED.

Dated:_____

_____
The Honorable Timothy M. Burgess
District Court Judge

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510