## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*NVFY v. IRHA*
Case No. 4:00-cv-0038-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

On May 9, 2006, the Court requested that a joint status report or notice be filed by Plaintiff's counsel on or before May 23, 2006. Nothing has yet been filed. A hearing is scheduled in this case in Fairbanks on May 31, 2006, at 10:00 a.m. The Court requests that the parties file the joint status report requested on May 9 **on or before May 30 at 12:00 p.m.** Also, the Court requests that the clients be present at the hearing on May 31.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  May 25, 2006