IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF FORT YUKON )
        -Plaintiff        )        Case No. F00-0038 (JKS)
   vs.        )
        )
INTERIOR REGIONAL HOUSING    )    **JOINT STATUS REPORT AND**
AUTHORITY,    )    **REQUEST TO SET OFF STATUS**
      - Defendant    )    **HEARING FOR THIRTY DAYS**

    COMES NOW, the Native Village of Fort Yukon (NVFY), and Interior Regional Housing Authority, (IRHA) by and through their undersigned attorneys, to advise the Court as to the status of the case as required under the Court's order of May 25, 2006. The parties have reached a settlement in principle, and are currently attempting to formalize the settlement agreement and to implement conditions precedent to final settlement. The parties request that the Court set off the hearing set for tomorrow and reset a status hearing for thirty (30) days hence.

    The undersigned has consulted with opposing counsel, and been advised that he concurs with this report and request.

Dated: May 30, 2006

                Michael J. Walleri
                /s/Michael J. Walleri
                Attorney for Plaintiff
                Native Village of Fort Yukon
                AK Bar #7906060

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Status Report.*
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)*    Page 1 of 2

Certificate of Service

I hereby certify that under penalty of perjury that a true and Correct copy of the foregoing was sent to the following counsel of record on May 30th via ECF to:
Mr. Daniel Winfree
Winfree Law Offices
301 Cushman St. Suite 200
Fairbanks, Alaska 99701

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725