IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON )<br>        -Plaintiff      )<br>vs.                          )<br>                               )<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY,           )<br>             - Defendant      ) | Case No. F00-0038 (TMB)<br><br>**JOINT STATUS REPORT AND REQUEST TO SET OFF STATUS HEARING FOR FOURTY-FIVE DAYS** |

      COMES NOW, the Native Village of Fort Yukon (NVFY), and Interior Regional Housing Authority, (IRHA) by and through their undersigned attorneys, to advise the Court as to the status of the case as required under the Court's order of May 30, 2006 (Docket No. 149) . The parties have reached a settlement in principle. One party's governing body has approved the settlement. The governing body of the other party is currently scheduled to consider final approval, but was unable to meet prior to the due date of this status report. As a result the parties are attempting to formalize the settlement agreement and to implement conditions precedent to final settlement. The parties request that the Court set off the hearing set for tomorrow and reset a status hearing for fourty-five (45) days hence. The undersigned has consulted with opposing counsel, and been advised that he concurs with this report and request.

Dated: June 28, 2006

                                            Michael J. Walleri
                                            /s/Michael J. Walleri
                                            Attorney for Plaintiff
                                            Native Village of Fort Yukon
                                            AK Bar #7906060

**Michael J. Walleri**
*Attorney at Law*
330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 28th via ECF to:
Mr. Daniel Winfree
Winfree Law Offices
301 Cushman St. Suite 200
Fairbanks, Alaska 99701

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725