Daniel E. Winfree
Winfree Law Office, APC
P.O. Box 70469
Fairbanks, Alaska 99709
Phone: (907) 458-6465
Facsimile: (907) 458-5551
e-mail: dan.winfree@winfreelaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF FORT YUKON, )
)
       Plaintiff, )
)
vs. )
)
INTERIOR REGIONAL HOUSING )
AUTHORITY, )
)
       Defendant. ) Case No. F00-0038 CV(TMB)

**NOTICE OF INFORMATION CHANGE FOR COUNSEL
FOR INTERIOR REGIONAL HOUSING AUTHORITY**

Please take notice of the change of contact for counsel for Interior Regional Housing Authority, effective July 1, 2006:

          Daniel E. Winfree
         Winfree Law Office, A.P.C.
            P.O. Box 70469
         Fairbanks, Alaska 99707
          (T) 907-458-6465
          (F) 907-458-5551
     dan.winfree@winfreelaw.com

Dated: June 29, 2006

        WINFREE LAW OFFICE
        A Professional Corporation
        Attorneys for IRHA
        s/Daniel E. Winfree
        P.O. Box 70469
        Fairbanks, Alaska 99707
        Phone: (907) 458-6465
        Fax: (907) 458-5551
        E-mail: dan.winfree@winfreelaw.com
        Alaska Bar No. 8206076

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of March, 2006, a true and complete copy of the foregoing, **Notice of Information Change for Counsel for Interior Regional Housing Authority,** was served Electronically on:

Michael Walleri
330 Wendell Street, Suite E,
Fairbanks, Alaska 99701

s/ Daniel E. Winfree

Winfree Law Office
Professional Corporation
01 Cushman Street, Suite 200
airbanks, Alaska 99701-4629
elephone 907.451.6500
acsimile 907.451.6510