IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON ) <br>           -Plaintiff                    ) <br> vs.                                               ) <br>                                                   ) <br> INTERIOR REGIONAL HOUSING   ) <br> AUTHORITY,                            ) <br>           - Defendant              ) | Case No. F00-0038 (TMB) <br><br> **JOINT STATUS REPORT AND REQUEST TO SET OFF STATUS HEARING FOR FORTY-FIVE DAYS** |

     COMES NOW, the Native Village of Fort Yukon (NVFY), and Interior Regional Housing Authority, (IRHA) by and through their undersigned attorneys, to advise the Court as to the status of the case as required under the Court's order of June 29, 2006 (Docket No. 151) . The parties have reached a provisional settlement. However, the death of a respected tribal elder, Jonathan Solomon, has delayed settlement implementation. The parties are undertaking activities to initiate certain activities that are conditions precedent to final settlement. The parties request that the Court set the matter on for status conference forty-five (45) days hence. The undersigned has consulted with opposing counsel, and been advised that he concurs with this report and request.

Dated: August 14, 2006                      MICHAEL J. WALLERI

                                                /s/ Michael J. Walleri
                                                Law Offices of Michael J Walleri
                                                330 Wendell St., Suite E
                                                Fairbanks, Alaska 99701
                                                (907) 452-4716
                                                (907) 452-4725

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

[walleri@gci.net](mailto:walleri@gci.net)
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on August 11, 2006 via ECF to:
Mr. Daniel Winfree
Winfree Law Offices, A.P.C.
P.O. Box 70469
Fairbanks, Alaska 99707

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725