IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON )<br>    -Plaintiff   )<br>vs.        )<br>        )<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY,    )<br>    - Defendant  ) | Case No. F00-0038 (TMB)<br><br>**JOINT STATUS REPORT AND REQUEST TO SET OFF STATUS HEARING FOR FORTY-FIVE DAYS** |

  COMES NOW, the Native Village of Fort Yukon (NVFY), and Interior Regional Housing Authority, (IRHA) by and through their undersigned attorneys, to advise the Court as to the status of the case in anticipation of the Status Conference set for September 29, 2006 at 11:00 am in Anchorage Courtroom No. 1. (See Docket 154) June 29, 2006 (Docket No. 151). The parties have reached a provisional settlement which requires as a condition precedent actions by AONAP/HUD. Previously, the parties submitted the provisional settlement proposal to AONAP/HUD for a determination as to that office's willingness to cooperate with the proposed settlement. On September 21, 2006, AONAP/HUD provided the attached response advising as to the agency procedures and requirements necessary to undertake the conditions precedent to the provisional settlement. The parties' attorneys are undertaking client consultation with respect to the acceptability of AONAP/HUD delineated parameters in anticipation of final settlement. The parties request that the Court set the matter on for status conference forty-five (45) days hence. The undersigned has consulted with opposing counsel, and been advised that he concurs with this report and request.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Status Report.*
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)*

| | |
|---|---|
| Dated: September 27, 2006 | MICHAEL J. WALLERI |
| | /s/ Michael J. Walleri |
| | Law Offices of Michael J Walleri |
| | 330 Wendell St., Suite E |
| | Fairbanks, Alaska 99701 |
| | (907) 452-4716 |
| | (907) 452-4725 |
| | walleri@gci.net |
| | AK Bar No. 7906060 |

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on September 27, 2006 via ECF to:
Mr. Daniel Winfree
Winfree Law Offices, A.P.C.
P.O. Box 70469
Fairbanks, Alaska 99707

/s/Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725