U.S. Department of Housing and Urban Development

Alaska Office of Native American Programs
3000 "C" Street Suite 401
Anchorage, Alaska 99503
http://www.hud.gov/local/anc/anconap.html

SEP 21 2006

Ms. Nancy James
Executive Director
Native Village of Fort Yukon
P.O. Box 126
Fort Yukon, Alaska 99740

Mr. Steve Ginnis
Executive Director
Interior Regional Housing Authority (IRHA)
828 27th Avenue
Fairbanks, Alaska 99701

Dear Ms. James and Mr. Ginnis:

Subject: Native Village of Fort Yukon (NVFY) vs. Interior Regional Housing Authority (IRHA)

We are in receipt of your joint correspondence requesting the Alaska Office of Native American Program's (AONAP's) assistance in addressing your ongoing dispute. You have provided two options for our consideration, either of which you believe, if implemented, will assist in resolving the dispute. While AONAP supports your desire to resolve your dispute, its sole responsibility is to assure compliance with the Native American Housing Assistance and Self Determination Act of 1996 (NAHASDA), its implementing regulations and other Federal requirements.

Under the first alternative, you request that HUD authorize IRHA to pay $110,446.51 of NAHASDA Indian Housing Block Grant (IHBG) funds and release the building materials and equipment currently stored in Ft. Yukon to NVFY as "unrestricted, self-generated funds." Unfortunately, this alternative is not authorized under NAHASDA or its implementing regulations. All IHBG funds and assets, including equipment and materials purchased with IHBG funds, must only be used for eligible NAHASDA activities.

Under the second alternative, AONAP would reduce IRHA's FY 2005 IHBG in the amount of $110,446.51 and increase an open NVFY IHBG in an equal amount. The funds would be used only for NAHASDA eligible activities. Also, the ownership of the materials and equipment currently stored in Ft. Yukon would be transferred from IRHA

to NVFY and they also would be used by NVFY only to complete NAHASDA eligible activities. This second alternative seems to meet IRHA's previously expressed intent to use the reimbursed IHBG funds, originally allocated to Ft. Yukon as IRHA's beneficiary of the IHBG program, as well as the materials and equipment, to complete eligible activities in Ft. Yukon. We believe that this second alternative may be authorized, subject to the requirements of NAHASDA, as the identified IHBG funds and materials and equipment would be used as intended under the NAHASDA program.

To implement this alternative, IRHA would submit an IHP amendment to their FY 2005 IHBG to reduce the grant by $110,446.51. AONAP would then recapture these funds and request they be reapportioned to the AONAP. Upon receipt of the reapportioned funds, an IHP amendment from the NVFY would need submitted adding the $110,446.51 to the NVFY IHBG. You should be aware that since this process requires a reapportionment of funds, similar transactions have taken up to nine (9) months to complete.

Although you indicate a concern, we see no ambiguity with respect to the roles of IRHA, NVFY and AONAP under this second alternative. Once the IHBG funds, material and equipment are transferred, NVFY will become responsible for assuring that they are used only for NAHASDA eligible activities. Such transfer and use will not involve a sub-grantee agreement or relationship between the parties.

If you need further assistance please contact Bill Zachares, Director, Grants Evaluation Division, toll free at (877) 302-9800, extension 880 or at his direct line at (907) 677-9870 or email to bill_zachares@hud.gov.

Sincerely yours,

Wayne Mundy, Administrator
Alaska Office of Native American Programs

cc: William Zachares, Director
Grants Evaluation Division

2