Daniel E. Winfree
**WINFREE LAW OFFICE**
*A Professional Corporation*
Post Office Box 70469
Fairbanks, Alaska 99707
Telephone: (907) 458-6465
Facsimile:   (907) 458-5540
E-mail: dan.winfree@winfreelaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| INTERIOR REGIONAL HOUSING AUTHORITY, | ) |
| | ) |
| Defendants. | ) |

Case No. F00-0038 CV (TMB)

### NOTICE TO COURT *re* TERMINATION OF SERVICE

Please take notice that William Schendel should be removed from the service list in this matter.  Mr. Schendel is no longer with Winfree Law Office and actually never entered an appearance in this litigation.

                      WINFREE LAW OFFICE,
                      *A Professional Corporation*
                      Attorney for Defendants

Dated: November 15, 2006    /s/ Daniel E. Winfree
                      Alaska Bar No.: 8206076
                      Post Office Box 70469
                      Fairbanks, Alaska 99707
                      Telephone: (907) 458-6465
                      Facsimile:   (907) 458-5540
                      Email: dan.winfree@winfreelaw.com

**Certification of Service**

I hereby certify that on the 14th day of November, 2006,
A copy of the foregoing Notice to Court re Termination of Service
Was served electronically on:

Michael J. Walleri, Attorney for Plaintiff


/s/ Daniel E. Winfree

WINFREE LAW OFFICE
*A Professional Corporation*
Post Office Box 70469
Fairbanks, Alaska 99701-0469
Office: (907) 458-6465 / Facsimile: (907) 458-5540