MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NATIVE VILLAGE OF FORT YUKON vs. INTERIOR REGIONAL HOUSING AUTHORITY

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 4:00-cv-00038-TMB

DEPUTY CLERK/RECORDER: Patty Demeter

APPEARANCES:   PLAINTIFF: Michael Walleri*

DEFENDANT: Daniel Winfree*

TELEPHONIC APPEARANCE*

PROCEEDINGS: STATUS CONFERENCE (HELD 11/15/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:00 p.m. court convened.

Court and counsel hearing re status of settlement.

Counsel to file a further status report or closing document on or before 30 days.

At 3:10 p.m. court adjourned.

DATE: 11/15/06                    DEPUTY CLERK'S INITIALS: pld