IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLEGE OF FORT YUKON )<br>   -Plaintiff  )<br>vs.  )<br>  )<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY,  )<br>  - Defendant ) | Case No. F00-0038 (TMB)<br><br>**NOTICE OF FILING OF**<br>**CONDITIONAL SETTLEMENT**<br> **AGREEMENT** |

  COMES NOW, the Native Village of Fort Yukon (NVFY), with the concurrence of Interior Regional Housing Authority,(IRHA)  to file notice of the attached Conditional Settlement Agreement.


Dated: December 13, 2006

           MICHAEL J. WALLERI

           /s/ Michael J. Walleri
           Law Offices of Michael J Walleri
           330 Wendell St., Suite E
           Fairbanks, Alaska 99701
           (907) 452-4716
           (907) 452-4725
           walleri@gci.net
           AK Bar No. 7906060

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Notice of Settlement Agreement*                           Page 1 of 2
*Native Village of Fort Yukon v IRHA, Case No. F00-0038*
*(TMB)*

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 13, 2006 via ECF to:
Mr. Daniel Winfree
Winfree Law Offices, A.P.C.
P.O. Box 70469
Fairbanks, Alaska 99707

/s/ Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Notice of Settlement Agreement*
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (TMB)*

Page 2 of 2