IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON )<br>   -Plaintiff )<br>vs. )<br> )<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY, )<br>   - Defendant ) | Case No. F00-0038 (TMB)<br><br>**REPORT AND REQUEST TO SET OFF STATUS HEARING FOR ONE HUNDRED EIGHTY DAYS** |

COMES NOW, the Native Village of Fort Yukon (NVFY), with the concurrence of Interior Regional Housing Authority,(IRHA) hereby provides the court with a joint status report and a joint request that the December 15, 2006, status hearing be set-off one hundred eighty (180) days.

The parties have entered into a formal Conditional Settlement Agreement, which was filed contemporaneously with this status report. As the parties have previously noted, the settlement is subject to approval and implementing action by AONAP/HUD. Based upon prior discussions with AONAP/HUD, the parties anticipate favorable AONAP/HUD's action; however, the parties believe that approximately six (6) months will be needed to obtain such actions and approvals. The parties are now prepared to initiate these actions with AONAP/HUD. After all of the elements of the Conditional Settlement Agreement have been implemented by

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

the parties and AONAP/HUD, and only at that time, the parties will file appropriate dismissal paperwork with the court. According to the terms of the Conditional Settlement Agreement, if the parties' agreements cannot be or are not implemented by AONAP/HUD, then the Conditional Settlement Agreement is void.

Therefore, the parties request that this Court stay all proceedings in this matter and set the matter for a review hearing in one hundred eighty (180) days. If prior to such date, final approvals are obtained or AONAP/HUD denies the parties requests, the parties will file appropriate dismissal paperwork or motions to lift the stay, as may be appropriate.

The undersigned has consulted with counsel for Interior Regional Housing Authority, who concurs with this Status Report and Request.

Dated: December 13, 2006          MICHAEL J. WALLERI

                                  /s/ Michael J. Walleri
                                  Law Offices of Michael J Walleri
                                  330 Wendell St., Suite E
                                  Fairbanks, Alaska 99701
                                  (907) 452-4716
                                  (907) 452-4725
                                  walleri@gci.net
                                  AK Bar No. 7906060

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Status Report.*
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (TMB)*

Page 2 of 3

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 13, 2006 via ECF to:
Mr. Daniel Winfree
Winfree Law Offices, A.P.C.
P.O. Box 70469
Fairbanks, Alaska 99707

<u>/s/ Michael J. Walleri</u>

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Status Report.*                                                                                   Page 3 of 3
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (TMB)*