IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON )<br>          -Plaintiff     )<br>vs.                         )<br>                               )<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY,              )<br>          - Defendant   )| Case No. F00-0038 (TMB)<br><br>**JOINT STATUS REPORT AND REQUEST TO SET OFF STATUS HEARING FOR THIRTY DAYS** |

      Plaintiff Native Village of Ft. Yukon ("NVFY"), with the consent and approval of defendant Interior Regional Housing Authority ("IRHA") submits the following report on the status of the parties' efforts to resolve this matter.

      The parties' settlement still is on track. The parties have complied with HUD/AONAP's directives and have submitted all of the paperwork necessary for HUD/AONAP's final approval of the settlement, which is expected any day. Once that final approval has been received and HUD/AONAP has transferred specified NAHASDA funds from IRHA's account to NVFY's account, the parties will exchange executed releases, and counsel then will sign a Stipulation for Dismissal and file it along with a Final Judgment.

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Status Report.*                                                                                   Page 1 of 2
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)*

The parties request that the hearing set for June 15, 2007, be set off 30 days.

Dated: June 11, 2007               MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service

I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 11, 2007 via ECF to:

Mr. Daniel Winfree
Winfree Law Offices, A.P.C.
P.O. Box 70469
Fairbanks, Alaska 99707

/s/Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Status Report.*
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)*

Page 2 of 2