IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON )<br>            -Plaintiff            )<br>    vs.                                          )<br>                                                   )<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY,                            )<br>            - Defendant          ) | Case No. F00-0038 (JKS)<br><br>**MOTION TO RESET HEARING** |

The Native Village of Fort Yukon, seeks to reset the status hearing currently set for July 27, 2007, at 2:00p.m. for a day that is convenient for the Court. The basis for this request is the undersigned is currently in trial in another case. The opposing counsel has been contacted and does not oppose resetting the hearing.

Dated: July 26, 2007

Michael J. Walleri

/s/ Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Michael J. Walleri
 Attorney at Law
330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Motion to Reset Hearing.
Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)

Page 1 of 2

Winfree Law Office
A Professional Corporation
Attorneys for IRHA

(consented)
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Phone: (907) 451-6500
Fax: (907) 451-6510
E-mail:dan.winfree@winfreelaw.com
AK Bar No. 8206076

Certificate of Service
I hereby certify that under penalty of perjury that a true and
Correct copy of the foregoing was sent to the following counsel
of record on July 26, 2007 via U.S. Mail to:

Daniel Winfree
Winfree Law Office
301 Cushman, Suite 200
Fairbanks, AK 99701

/s/ Michael J. Walleri

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

Motion to Reset Hearing.
Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)

Page 2 of 2