IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON ) | Case No. F00-0038 (JKS) |
| -Plaintiff ) | |
| vs. ) | **ORDER SETTING** |
| ) | **STATUS HEARING** |
| INTERIOR REGIONAL HOUSING ) | |
| AUTHORITY, ) | |
| - Defendant ) | |

### ORDER GRANTING MOTION TO RESET HEARING

**UPON** the request of Native Village of Fort Yukon, the Motion to Reset Hearing, and the Court being apprised of the premises therein,

IT IS HEREBY ORDERED, that hearing currently set for July 27 2007 at 2:00 p.m. should be rescheduled to _____ \_\_\_\_\_, 2007 at _____ a/p.m

Date:

_____
The Honorable James K. Singleton
District Court Judge.

Michael J. Walleri
Attorney at Law

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725