MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NATIVE VILLAGE OF FORT YUKON     vs.   INTERIOR REGIONAL HOUSING
                                            AUTHORITY

BEFORE THE HONORABLE   TIMOTHY M. BURGESS    CASE NO. 4:00-CV-00038-TMB

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    MICHAEL WALLERI - TELEPHONIC

                DEFENDANT:    DANIEL WINFREE - TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD 08/06/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

Court and counsel heard re status and settlement of the case.

Court to send parties minute order setting a status hearing in 45
days.

At 2:07 p.m. court adjourned.

DATE:       August 6, 2007       DEPUTY CLERK'S INITIALS:   SCL

Revised 6/18/07