IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON ) <br>         -Plaintiff        ) <br> vs.   ) <br> ) <br> INTERIOR REGIONAL HOUSING  ) <br> AUTHORITY,  ) <br>      - Defendant   ) | Case No. F00-0038 (JKS) <br><br> **STATUS REPORT AND JOINT REQUEST TO CONTINUE STATUS HEARING** |

COMES NOW, the Native Village of Fort Yukon (NVFY), by and through its undersigned attorney, to advise the Court as to status of the case and to request a three (3) week continuance of the status hearing scheduled for 2:00 pm on September 28, 2007(tomorrow).  Both Counsel have discussed and agreed to this joint request.

**STATUS OF CASE.** As previously reported, the parties have entered into as settlement agreement that requires approval and certain actions to be taken by ONAP/HUD.  The agency had previously approved the settlement agreement, and on this day, the Tribe was able to confirm that IRHA has complied with the requirements of the agreement, and that ONAP/HUD has taken the necessary steps to comply with the terms of the settlement; specifically, ONAP/HUD has loaded settlement funds transferred from IRHA into the NVFY LOCC for their 2006 IHP.  As a consequence,

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Status Report.*                                                                     Page 1 of 2
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)*

the parties are circulating final negotiated releases for execution, and the negotiated stipulation will be filed within the next two weeks.

**REQUEST FOR CONTINUANCE.** The undersigned has been advised by opposing counsel as to his unavailability to attend the status conference tomorrow (September 28, 2007, 2:00 pm) due to a scheduling conflict. As a result, opposing counsel has agreed to this request for continuance to allow the presence of IRHA's counsel at the settlement conference. The parties would request a continuance of three (3) weeks, unless settlement papers are filed prior to that time.

Dated: September 27, 2007                MICHAEL J. WALLERI

/s/ Michael J. Walleri
Law Offices of Michael J Walleri
330 Wendell St., Suite E
Fairbanks, Alaska 99701
(907) 452-4716
(907) 452-4725
walleri@gci.net
AK Bar No. 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on September 27, 2007 via ECF to:
Mr. Daniel Winfree
Winfree Law Offices, A.P.C.
P.O. Box 70469
Fairbanks, Alaska 99707
/s/Michael J. Walleri

**Michael J. Walleri**
*Attorney at Law*

330 Wendell St., Suite C
Fairbanks, Alaska 99701
(907) 452-4716
FACSIMILE
(907) 452-4725

*Status Report.*                                                                                                       Page 2 of 2
*Native Village of Fort Yukon v IRHA, Case No. F00-0038 (JKS)*