Daniel E. Winfree
Winfree Law Office, APC
Post Office Box 70469
Fairbanks, Alaska 99707
Phone: (907) 458-6465
Facsimile: (907) 458-5540
e-mail: dan.winfree@winfreelaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY, )<br>)<br>      Defendant. ) | Case No. F00-0038 CV(TMB) |

**STIPULATION FOR DISMISSAL**

The parties hereby stipulate to the dismissal of all claims by and between them, brought or which could have been brought in this litigation, and further stipulate to a dismissal of the lawsuit itself, with prejudice and with the parties to bear their own costs and attorney fees.

| | |
|---|---|
| WINFREE LAW OFFICE<br>*A Professional Corporation*<br>Attorney for Defendant<br><br>_____<br>Daniel E. Winfree<br>Alaska Bar No. 8206076<br>Dated: 10-16-07 | MICHAEL J. WALLERI<br>Attorney at Law<br>Attorney for Plaintiff<br><br>_____<br>Michael J. Walleri<br>Alaska Bar No. 7906060<br>Dated: 10/19/07 |

WINFREE LAW OFFICE
*A Professional Corporation*
Post Office Box 70469
Fairbanks, Alaska 99701-0469
Office: (907) 458-6465 / Facsimile: (907) 458-5540