Daniel E. Winfree
Winfree Law Office, APC
Post Office Box 70469
Fairbanks, Alaska 99707
Phone: (907) 458-6465
Facsimile: (907) 458-5540
e-mail: dan.winfree@winfreelaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTERIOR REGIONAL HOUSING )<br>AUTHORITY, )<br>)<br>Defendant. ) | Case No. F00-0038 CV(TMB) |

**FINAL JUDGMENT**

Based on the stipulation of the parties, this lawsuit is dismissed, with prejudice and with the parties to bear their own costs and attorney fees.

Dated: _____          _____
                                The Honorable Timothy M. Burgess
                                District Court Judge

WINFREE LAW OFFICE
*A Professional Corporation*
Post Office Box 70469
Fairbanks, Alaska 99701-0469
Office: (907) 458-6465 / Facsimile: (907) 458-5540