# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF FORT YUKON

              Plaintiff,

vs.

INTERIOR REGIONAL HOUSING
AUTHORITY

              Defendant.

4:00-cv-0038 TMB

## FINAL JUDGMENT

        Based on the stipulation of the parties, this lawsuit is dismissed, with prejudice and with the parties to bear their own costs and attorneys fees.

DATED this 19th day of October, 2007, at Anchorage, Alaska.

            /s/ Timothy M. Burgess
            TIMOTHY M. BURGESS
            United States District Judge