UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF FORT YUKON<br><br>            Plaintiff,<br>   vs.<br><br>INTERIOR REGIONAL HOUSING<br>AUTHORITY<br><br>            Defendant. | 4:00-cv-0038 TMB |

**FINAL JUDGMENT**

Based on the stipulation of the parties, this lawsuit is dismissed, with prejudice and with the parties to bear their own costs and attorneys fees.

DATED this 19th day of October, 2007, at Anchorage, Alaska.

       /s/ Timothy M. Burgess
       TIMOTHY M. BURGESS
       United States District Judge